Dated: March 1, 2007

1  PERRY R. CLARK, State Bar No. 197101
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA  94104
3  Telephone:  (415) 439-1400
   Facsimile:  (415) 439-1500
4  pclark@kirkland.com

5  Attorney for Defendant
   AGA MEDICAL CORPORATION
6

7  JAMES J. ELACQUA, State Bar No. 187897
   NOEMI C. ESPINOSA, State Bar No. 116753
8  ELLEN J. WANG, State Bar No. 215478
   DECHERT LLP
9  1117 California Avenue
   Palo Alto, CA  94304
10 Telephone:  (650) 813-4800
   Facsimile:  (650) 813-4848
11 james.elacqua@dechert.com
   nicky.espinosa@dechert.com
12 ellen.wang@dechert.com

13 Attorneys for Plaintiffs
   MEDTRONIC, INC., MEDTRONIC USA, INC.,
14 AND MEDTRONIC VASCULAR, INC.

*IT IS SO ORDERED*
*[signature]*
Judge Maxine M. Chesney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC., <br><br>                    Plaintiffs, <br><br>         v. <br><br> AGA MEDICAL CORPORATION, <br><br>                    Defendant. | NO. C 07 00567 MMC <br><br> **STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

28 STIPULATION EXTENDING TIME TO ANSWER,
   MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT
   NO. C 07 00567 MMC

1  Pursuant to Civil L.R. 6-1(a), Plaintiffs Medtronic, Inc., Medtronic USA, Inc., and
2  Medtronic Vascular, Inc. (collectively "Medtronic") and Defendant AGA Medical Corporation
3  ("AGA"), appearing through their respective counsel, hereby stipulate that AGA shall have an
4  additional 30 days to answer, move, or otherwise respond to Medtronic's complaint.  Accordingly,
5  AGA shall answer, move, or otherwise respond to Medtronic's complaint on or before April 4, 2007.
6  This stipulation does not alter the date of any event or any deadline already fixed by
7  Court order and shall be filed promptly pursuant to Civil L.R. 5.

STIPULATION EXTENDING TIME TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT
NO. C 07 00567 MMC

1

For Plaintiffs MEDTRONIC, INC., MEDTRONIC USA, INC.,
AND MEDTRONIC VASCULAR, INC.:

Dated:  March 1, 2007

                    /S/ *Noemi C. Espinosa*
James J. Elacqua, State Bar No. 187897
Noemi C. Espinosa, State Bar No. 116753
Ellen J. Wang, State Bar No. 215478
DECHERT LLP
1117 California Avenue
Palo Alto, CA  94304
Telephone:  (650) 813-4800
Facsimile:  (650) 813-4848

For Defendant AGA MEDICAL CORPORATION:

Dated:  March 1, 2007

                    /S/ *Perry R. Clark*
Perry R. Clark, State Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

John M. Desmarais
Peter J. Armenio
Young J. Park
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

STIPULATION EXTENDING TIME TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT
NO. C 07 00567 MMC

2

**FILER'S ATTESTATION**

I, Perry Clark, attest pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from the other signatory.

Dated: March 1, 2007

                                               /S/ *Perry R. Clark*
Perry R. Clark, State Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

11659646

STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT
NO. C 07 00567 MMC

3