Dated: April 26, 2007

1   James J. Elacqua  (CSB No.: 187897)
    james.elacqua@dechert.com
2   Noemi C. Espinosa (CSB No.: 116753)
    nicky.espinosa@dechert.com
3   Ellen J. Wang (CSB No. 215478)
    ellen.wang@dechert.com
4   DECHERT LLP
    1117 California Avenue
5   Palo Alto, CA  94304-1106
    Telephone:     (650) 813-4800
6   Facsimile:     (650) 813-4848

7   Attorneys for Plaintiffs
    MEDTRONIC, INC., MEDTRONIC USA, INC.,
8   AND MEDTRONIC VASCULAR, INC.

9   Perry R. Clark (CSB No.:  197101)
    pclark@kirkland.com
10  KIRKLAND & ELLIS LLP
    555 California Street
11  San Francisco, CA 94104
    Telephone:     (415) 439-1400
12  Facsimile:     (415) 439-1500

13  Attorney for Defendant
    AGA MEDICAL CORPORATION

14

15

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20  MEDTRONIC, INC., MEDTRONIC USA,          Case No.  C07 00567 MMC
    INC., AND MEDTRONIC VASCULAR,
21  INC.,                                    **STIPULATION EXTENDING TIME FOR
                                             PLAINTIFFS TO REPLY TO THE
22              Plaintiffs,                  ANSWER AND COUNTERCLAIMS OF
                                             AGA MEDICAL CORPORATION**
23  v.

24  AGA MEDICAL CORPORATION,

25              Defendant.

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION EXTENDING TIME TO REPLY TO
REPLY TO ANSWER AND COUNTERCLAIMS
CASE NO. C 07 00567 MMC

IT IS SO ORDERED

Judge Maxine M. Chesney

1    Pursuant to Civil L.R. 6-1(a), Plaintiffs Medtronic, Inc., Medtronic USA, Inc., and

2  Medtronic Vascular, Inc. (collectively "Medtronic") and Defendant AGA Medical Corporation

3  ("AGA"), appearing through their respective counsel, hereby stipulate that Medtronic shall have

4  until May 2, 2007 to file a reply to AGA's Answer and Counterclaims.

5    This stipulation does not alter the date of any event or any deadline already fixed by Court

6  order and shall be filed promptly pursuant to Civil L.R. 5.

7  Dated: April 24, 2007                           Dechert LLP

8

9                                                  By: /s/ Noemi C. Espinosa
                                                      _____
10                                                    James J. Elacqua
                                                      Noemi C. Espinosa
11                                                    Ellen J. Wang

12                                                    Attorneys for Plaintiffs
                                                      Medtronic, Inc., Medtronic USA, Inc., and
13                                                    Medtronic Vascular, Inc.

14  Dated: April 24, 2007                           Kirkland & Ellis LLP

15

16                                                 By: /s/ Perry R. Clark
                                                      _____
17                                                    Perry R. Clark

18                                                    Attorneys for Defendant
                                                      AGA Medical Corporation

19

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

2                    STIPULATION EXTENDING TIME TO REPLY TO
                     REPLY TO ANSWER AND COUNTERCLAIMS
                     CASE NO. C 07 00567 MMC