James J. Elacqua (CBS No.: 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CBS No.: 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (CBS No.: 215478)
ellen.wang@dechert.com
Michelle W. Yang (CBS No.: 215199)
michelle.yang@dechert.com
DECHERT LLP
2440 West El Camino Real
Suite 700
Mountain View, California 94040
Palo Alto, California 94304
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Plaintiff
MEDTRONIC, INC., MEDTRONIC USA, INC.
AND MEDTRONIC VASCULAR, INC.

Perry R. Clark (CBS No. 197101)
pclark@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorney for Defendant
AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION,<br><br>Defendant, | Case No. C07 00567 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE** |

DECHERT LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE; CASE NO. C07 00567 MMC

1

12890155.1

1    Pursuant to Civil L.R. 6-2, Plaintiffs Medtronic, Inc., Medtronic USA, Inc., and
2  Medtronic Vascular, Inc. (collectively "Medtronic") and Defendant AGA Medical Corporation
3  ("AGA") (collectively, the "Parties") hereby stipulate to request an extension of time to Exchange
4  Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent L.R. 4-2 to August
5  15, 2007.
6    According to the Joint Case Management Statement adopted by the Court on May 11,
7  2007, the Exchange of Preliminary Claim Constructions and Extrinsic Evidence was originally set
8  for August 13, 2007. On August 10, 2007 the Parties met and conferred in an effort to narrow the
9  list of proposed claim terms to construe, and are still in the process of modifying this list.
10    Therefore, the Parties agree to extend the date to Exchange Preliminary Claim
11  Constructions and Extrinsic Evidence to August 15, 2007 to allow for additional time to gather
12  extrinsic evidence. This time modification will not alter any other dates on the schedule for this
13  case.

DECHERT LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND    2
EXTRINSIC EVIDENCE; CASE NO. C07 00567 MMC
12890155.1

Previously, the Parties have stipulated to extending the times to Answer the Complaint and Reply to the Answer and Counterclaims.

For Plaintiffs MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.:

DATED: August 13, 2007                    DECHERT LLP

By:_____/s/ Michelle W. Yang_____
James J. Elacqua (CBS No. 187897)
Noemi C. Espinosa (CBS No. 116753)
Ellen J. Wang (CBS No. 215478)
Michelle W. Yang (CBS No. 215199)
DECHERT LLP
2440 West El Camino Real, Suite 700
Mountain View, California 94040
Palo Alto, California 94304
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

For Defendant AGA MEDICAL CORPORATION:

DATED: August 13, 2007                    By:_____/s/ Perry R. Clark_____
Perry R. Clark (CBS No. 197101)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __August 14__, 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Dechert LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE; CASE NO. C07 00567 MMC      3

12890155.1