James J. Elacqua (CBS No.: 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CBS No.: 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (CBS No.: 215478)
ellen.wang@dechert.com
Michelle W. Yang (CBS No.: 215199)
michelle.yang@dechert.com
DECHERT LLP
2440 West El Camino Real
Suite 700
Mountain View, California 94040
Palo Alto, California 94304
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Plaintiff
MEDTRONIC, INC., MEDTRONIC USA, INC.
AND MEDTRONIC VASCULAR, INC.

Perry R. Clark (CBS No. 197101)
pclark@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorney for Defendant
AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGA MEDICAL CORPORATION, <br><br> Defendant, | Case No.  C07 00567 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO DISCLOSE EXPERT WITNESSES** |

1  Pursuant to Civil L.R. 6-2, Plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc. (collectively "Medtronic") and Defendant AGA Medical Corporation ("AGA") (collectively, the "Parties") hereby stipulate to request an extension of time to disclose expert witnesses for the claim construction briefs and hearing to September 7, 2007.

According to the Joint Case Management Statement adopted by the Court on May 11, 2007, the date to disclose expert witnesses was originally set for August 20, 2007. Medtronic is still in the process of retaining its experts. In addition, the Parties have not yet finalized the protective order, which will require compliance by all expert witnesses in this case.

Therefore, the Parties agree to extend the date to Disclose Expert Witnesses to September 7, 2007. This time modification will not alter any other dates on the schedule for this case.

Previously, the Parties have stipulated to extending the times to Answer the Complaint, Reply to the Answer and Counterclaims, and Exchange Preliminary Claim Constructions and Extrinsic Evidence.

For Plaintiffs MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.:

DATED: August 20, 2007                    DECHERT LLP

By: _____/s/ Michelle W. Yang_____
James J. Elacqua (CBS No. 187897)
Noemi C. Espinosa (CBS No. 116753)
Ellen J. Wang (CBS No. 215478)
Michelle W. Yang (CBS No. 215199)
DECHERT LLP
2440 West El Camino Real, Suite 700
Mountain View, California 94040
Palo Alto, California 94304
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

For Defendant AGA MEDICAL CORPORATION:

DATED: August 20, 2007                    By: _____/s/ Perry R. Clark_____
Perry R. Clark (CBS No. 197101)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __August 21_____, 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE