| | |
|---|---|
| 1 | James J. Elacqua (CBS No.: 187897) |
|   | james.elacqua@dechert.com |
| 2 | Noemi C. Espinosa (CBS No.: 116753) |
|   | nicky.espinosa@dechert.com |
| 3 | Ellen J. Wang (CBS No.: 215478) |
|   | ellen.wang@dechert.com |
| 4 | Michelle W. Yang (CBS No.: 215199) |
|   | michelle.yang@dechert.com |
| 5 | DECHERT LLP |
|   | 2440 West El Camino Real |
| 6 | Suite 700 |
|   | Mountain View, California 94040 |
| 7 | Telephone: (650) 813-4800 |
|   | Facsimile: (650) 813-4848 |
| 8 | |
|   | Attorneys for Plaintiff |
| 9 | MEDTRONIC, INC., MEDTRONIC USA, INC. |
|   | AND MEDTRONIC VASCULAR, INC. |

Perry R. Clark (CBS No. 197101)
pclark@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorney for Defendant
AGA MEDICAL CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR, INC., | Case No. C07 00567 MMC |
| Plaintiff, | **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| AGA MEDICAL CORPORATION, | |
| Defendant, | |

1  Before the Court is the Parties' Joint Administrative Motion to File Under Seal, filed September 10, 2007.  On September 10, 2007, plaintiff Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc. (collectively, "Medtronic") filed a declaration to support filing an unredacted version of a document under seal.  The Court, having reviewed the evidence in support of the motion to file under seal, finds that the below-identified document reflects confidential business and/or trade secret information and constitutes "sealable" material under Civil L.R. 79-5(a).  Accordingly, the Clerk is hereby directed to file under seal an unredacted version of the following document:

> EXHIBIT F TO THE PARTIES' JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3

IT IS SO ORDERED.

Dated: September 11, 2007

_____
Honorable Maxine M. Chesney
United States District Judge