IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., et al.,

    Plaintiffs

  v.

AGA MEDICAL CORPORATION,

    Defendant
                               /

No. C 07-567 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS; VACATING HEARING**

      Pursuant to Civil Local Rule 72-1, plaintiffs' "Unopposed Motion for Leave to Amend Disclosure of Asserted Claims and Preliminary Infringement Contentions,"[1] filed October 12, 2007, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

      The November 16, 2007 hearing date before the undersigned is hereby VACATED.

      **IT IS SO ORDERED**.

Dated: October 15, 2007

                                                  MAXINE M. CHESNEY
                                                  United States District Judge

---

      [1] Although plaintiffs state the motion is "unopposed," (see Motion at 2:17-18), plaintiffs submit no declaration or other evidence to that effect.