UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., *et al.*,

    Plaintiffs,

    v.

AGA MEDICAL CORPORATION, *et al.*,

    Defendant.

_____/

No. C-07-0567 MMC (EMC)

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS**

**(Docket No. 46)**

    Plaintiffs have filed a motion asking for leave to amend its disclosure of asserted claims and preliminary infringement contentions. Plaintiffs have represented that the motion is unopposed and Defendant has confirmed such to the Court. Moreover, Plaintiffs have shown good cause for the amendment as required by Patent Local Rule 3-7. Accordingly, Plaintiffs' motion for leave to amend is hereby **GRANTED**.

    IT IS SO ORDERED.

Dated: October 31, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge