IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al.,<br><br>    Plaintiffs<br><br>  v.<br><br>AGA MEDICAL CORPORATION,<br><br>    Defendant<br>_____/ | No. C 07-567 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR ORDER SEALING DOCUMENTS; DIRECTING DEFENDANT TO FILE REVISED BRIEF** |

   Before the Court is defendant's Motion for an Order Sealing Documents, filed November 5, 2007, by which defendant seeks leave to file under seal unredacted versions of its Responsive Claim Construction Brief and three exhibits offered in support thereof. On November 9, 2007, the Court deferred ruling on the motion to allow defendant the opportunity to supplement said motion, (see Order Denying Joint Stipulation; Deferring Ruling on Defendant's Motion for Order Sealing Documents at 2:16-20), and, if necessary, to allow plaintiffs the opportunity to file a declaration, (see id. at n.2). On November 19, 2007, defendant filed a Supplement in support of its motion and plaintiff, on November 28, 2007, filed the Declaration of Michelle W. Yang in support of defendant's Supplement. Having reviewed defendant's Supplement, and the Declaration of Michelle W. Yang filed on behalf of plaintiffs, the Court rules as follows:

   1. The motion is GRANTED in part, specifically, as to the following documents that

plaintiff has shown contain material properly filed under seal:

   a. Defendant's Responsive Claim Construction Brief, pp. 10:21-11:1 only;

   b. Exhibit K to the Declaration of Perry R. Clark In Support of AGA's Responsive Claim Construction Brief, ¶¶ 36-37 only; and

   c. Exhibit N to the Declaration of Perry R. Clark In Support of AGA's Responsive Claim Construction Brief.

2. The motion is DENIED in part, specifically, with respect to the following documents, as to which plaintiff has withdrawn its prior designation of confidentiality, (see Yang Decl. ¶¶ 5, 7):

   a. Exhibit K to the Declaration of Perry R. Clark In Support of AGA's Responsive Claim Construction Brief, ¶¶ 1-35; and

   b. Exhibit P to the Declaration of Perry R. Clark In Support of AGA's Responsive Claim Construction Brief.

3. If defendant wishes the Court to consider the documents identified in the preceding paragraph, defendant is DIRECTED to file them in the public record, no later than December 14, 2007.  Further, defendant is DIRECTED to file in the public record, no later than December 14, 2007, a revised Responsive Claim Construction Brief, in which the portion of text related to the Exhibit P, specifically pp. 15:26-16:4, is not redacted.

**IT IS SO ORDERED**.

Dated: November 30, 2007

MAXINE M. CHESNEY  
United States District Judge