| | |
|---|---|
| 1 | James J. Elacqua (CBS No.: 187897) |
| | james.elacqua@dechert.com |
| 2 | Noemi C. Espinosa (CBS No.: 116753) |
| | nicky.espinosa@dechert.com |
| 3 | Ellen J. Wang (CBS No.: 215478) |
| | ellen.wang@dechert.com |
| 4 | Michelle W. Yang (CBS No.: 215199) |
| | michelle.yang@dechert.com |
| 5 | DECHERT LLP |
| | 2440 West El Camino Real |
| 6 | Suite 700 |
| | Mountain View, California 94040 |
| 7 | Telephone: (650) 813-4800 |
| | Facsimile: (650) 813-4848 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | MEDTRONIC, INC., MEDTRONIC USA, INC. |
| | AND MEDTRONIC VASCULAR, INC. |
| 10 | |
| | Perry R. Clark (CBS No. 197101) |
| 11 | pclark@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| 12 | 555 California Street |
| | San Francisco, CA 94104 |
| 13 | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| 14 | |
| | Attorney for Defendant |
| 15 | AGA MEDICAL CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR, INC., | Case No. C07 00567 MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING THE PARTIES' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT F TO THE AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT |
| v. | |
| AGA MEDICAL CORPORATION, | |
| Defendant, | |

Before the Court is the Parties' Joint Administrative Motion to File Under Seal, dated November 16, 2007. The Court, having reviewed the evidence in support of the motion to file under seal, finds that the following document reflects Plaintiff Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc.'s (collectively, "Medtronic") confidential business and/or trade secret information and constitute "sealable" material under Civil L.R. 79-5(a). On November 16, 2007, Medtronic filed a declaration to support filing an unredacted version of the following document under seal. Accordingly, the Clerk is hereby directed to file under seal an unredacted version of the following document:

EXHIBIT F TO THE PARTIES' AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3

IT IS SO ORDERED.

Dated:_____November 30_____, 2007

_____
Honorable Maxine M. Chesney
United States District Judge