James J. Elacqua (CBS No.: 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CBS No.: 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (CBS No.: 215478)
ellen.wang@dechert.com
Michelle W. Yang (CBS No.: 215199)
michelle.yang@dechert.com
DECHERT LLP
2440 West El Camino Real, Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Plaintiff
MEDTRONIC, INC., MEDTRONIC USA, INC.
AND MEDTRONIC VASCULAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGA MEDICAL CORPORATION, <br><br> Defendant, | Case No. C07 00567 MMC <br><br> **MEDTRONIC'S UNOPPOSED MOTION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE CLAIM CONSTRUCTION EXHIBITS AND TUTORIAL MATERIALS** |

DECHERT LLP
ATTORNEYS AT LAW

13048988.1

MEDTRONIC'S UNOPPOSED MOTION & [PROPOSED]
ORDER EXTENDING TIME
CASE NO. C07-00567 MMC

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 6-3, Plaintiffs Medtronic, Inc., Medtronic USA, Inc., and |
| 2 | Medtronic Vascular, Inc. (collectively "Medtronic") hereby move the Court for an order granting |
| 3 | an extension of time to exchange claim construction exhibits on January 18, 2008 and technology |
| 4 | tutorial materials on January 21, 2008. This extension will allow Medtronic and AGA Medical |
| 5 | Corporation ("AGA") (collectively, the "Parties") additional time to prepare their exhibits and |
| 6 | materials for the Tutorial and Claim Construction Hearing set for January 22, 2008. AGA does |
| 7 | not oppose this Motion. Declaration of Michelle W. Yang ("Yang Decl."), ¶ 3. |
| 8 | According to the Joint Case Management Statement adopted by the Court on May 11, |
| 9 | 2007, the Parties originally agreed to file technology tutorial materials on January 5, 2008 and |
| 10 | exchange claim construction exhibits on January 14, 2008. The Parties also agreed to a |
| 11 | Technology Tutorial on January 9, 2008 and a Claim Construction Hearing on January 16, 2008. |
| 12 | During the Case Management Conference, the Court extended the time of the Tutorial and Claim |
| 13 | Construction Hearing to January 22, 2008. However, the dates for filing and exchanging the |
| 14 | technology materials and claim construction exhibits were not correspondingly extended. |
| 15 | The Parties have met and conferred and agreed to exchange exhibits, for which they |
| 16 | intend to rely upon during the Claim Construction Hearing, on January 18, 2008. Yang Decl., ¶ 4. |
| 17 | The Parties further agreed to exchange tutorial materials and claim construction slides at 5:00 |
| 18 | p.m. PST on January 21, 2008. Yang Decl., ¶ 4. This time modification will not alter any other |
| 19 | dates on the schedule for this case. |
| 20 | Although the Joint Case Management Construction Statement indicates that technology |
| 21 | tutorial materials will be filed, Counsel for Medtronic spoke to the Court's clerk, Tracey, who |
| 22 | indicated that such materials do not need to be filed with the Court. Yang Decl., ¶ 5. Should the |
| 23 | Court prefer these materials to be filed, the Parties will respectfully do so. |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

DECHERT LLP
ATTORNEYS AT LAW

13048988.1

1

MEDTRONIC'S UNOPPOSED MOTION & [PROPOSED]
ORDER EXTENDING TIME
CASE NO. C07-00567 MMC

Previously, the Parties stipulated to extending the times to Answer the Complaint, Reply to the Answer and Counterclaims, Exchange Preliminary Claim Constructions and Extrinsic Evidence, and Disclose Expert Witnesses.

For Plaintiffs MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.:

DATED: December 21, 2007                    DECHERT LLP

By: s/ Michelle W. Yang
James J. Elacqua (CBS No. 187897)
Noemi C. Espinosa (CBS No. 116753)
Ellen J. Wang (CBS No. 215478)
Michelle W. Yang (CBS No. 215199)
DECHERT LLP
2440 West El Camino Real, Suite 700
Mountain View, California 94040
Palo Alto, California 94304
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 27, 2007

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE