Perry R. Clark (Bar No. 197101)
pclark@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
AGA MEDICAL CORPORATION

James J. Elacqua (Bar No.: 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (Bar No.: 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (Bar No.: 215478)
ellen.wang@dechert.com
Michelle W. Yang (Bar No.: 215199)
michelle.yang@dechert.com
DECHERT LLP
2440 West El Camino Real
Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Plaintiff
MEDTRONIC, INC., MEDTRONIC USA, INC. AND MEDTRONIC VASCULAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEDTRONIC, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR, INC.,

Plaintiff,

v.

AGA MEDICAL CORPORATION,

Defendant,

Case No. C07 00567 MMC

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO FILE REDACTED CLAIM CONSTRUCTION BRIEF AND DECLARATION EXHIBITS**

Pursuant to Civil L.R. 6-2, Defendant AGA Medical Corporation ("AGA") and Plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc. (collectively "Medtronic") (collectively, the "Parties") hereby stipulate to request an extension of time for AGA to file an unredacted Responsive Claim Construction brief and Exhibits K and P to the Clark Declaration in support of that motion from December 14, 2007, as required by the Court's November 30, 2007

Order, to January 2, 2007. The requested enlargement of time is required due to an inadvertent oversight by counsel for AGA, Perry Clark. This time modification will not alter any other dates in the schedule for this case.

Previously, the Parties have stipulated to extending the times to Answer the Complaint, Reply to the Answer and Counterclaims, Exchange Preliminary Claim Constructions and Extrinsic Evidence, Disclose Expert Witnesses, and Exchange Claim Construction Exhibits And Tutorial Materials.

For Defendant AGA MEDICAL CORPORATION:

DATED: January 3, 2008

By: /s/ Perry R. Clark
Perry R. Clark (CBS No. 197101)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

For Plaintiffs MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.:

DATED: January 3, 2008

By: /s/ Michelle W. Yang
James J. Elacqua (CBS No. 187897)
Noemi C. Espinosa (CBS No. 116753)
Ellen J. Wang (CBS No. 215478)
Michelle W. Yang (CBS No. 215199)
DECHERT LLP
2440 West El Camino Real, Suite 700
Palo Alto, California 94304
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 7, 2008

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE