James J. Elacqua (CBS No.: 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CBS No.: 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (CBS No.: 215478)
ellen.wang@dechert.com
Michelle W. Yang (CBS No.: 215199)
michelle.yang@dechert.com
DECHERT LLP
2440 West El Camino Real
Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Plaintiff
MEDTRONIC, INC., MEDTRONIC USA,
INC., AND MEDTRONIC VASCULAR,
INC.

Perry R. Clark (CBS No. 197101)
pclark@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorney for Defendant
AGA MEDICAL CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION,<br><br>Defendant, | Case No.  C07-00567 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF TUTORIAL AND CLAIM CONSTRUCTION HEARING**<br><br>**Claim Construction Hearing:**<br><br>Date:   January 22, 2007<br>Time:   9:30 a.m.<br>Judge: Hon. Maxine M. Chesney |

DECHERT LLP
ATTORNEYS AT LAW

13054142.1

STIP. & [PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST
TO BRING INTO FED. COURT CERTAIN EQUIP. & MATERIALS
CASE NO. C07-00567 MMC

IT IS HEREBY STIPULATED AND AGREED, by and between Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc., its attorneys and agents, and AGA Medical Corporation, its attorneys and agents as follows:

On Tuesday, January 22, 2008, Medtronic and AGA, by and through their respective counsel of record, may each bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in Courtroom 7 on the 19th floor of the Honorable Maxine M. Chesney, certain electronic equipment and other materials for purposes of presenting oral argument during the tutorial and claim construction hearing to be held on January 22, 2008 at 9:30 a.m.  The electronic equipment and materials may include any of the following:

1.   Projection screen,

2.   LCD Data Projector,

3.   Document presenters (ELMO),

4.   Four 17" flat-panel monitors,

5.   Additional flat-panel monitors as necessary,

6.   Cables, power strips, extension cords, video switchers as necessary,

7.   Laptop computers,

8.   Associated power cords, cables,

9.   AV Carts,

10.   2 Easels,

11.   2 Large Easel Notepads,

12.   Dry Erase Easel,

13.   Laser pointers, wireless mouse,

14.   Computer readable media (e.g. floppy disks, CD-ROMs, DVDs),

15.   Handtruck/cart,

16.   Metal coil, 2 metal rods,

17.   2 Thermoses – one with hot water and one with ice water,

18.   Tweezers or tongs,

19.   Paper towels,

DECHERT LLP
ATTORNEYS AT LAW

1   STIP. & [PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST
TO BRING INTO FED. COURT CERTAIN EQUIP. & MATERIALS
CASE NO. C07-00567 MMC

20.    Various stent-graft devices, deployed and on catheters,

21.    Stent-graft delivery accessories,

22.    Several cans of Micro Blast compressed air spray,

23.    Crystal structure models,

31.    Nitinol metal rods,

32.    Sample devices,

33.    Sample shape memory alloy wires,

34.    2 Tech tables.

Eric Ang of Fulcrum Legal Graphics and James Hossain of Maxim Legal and their associates are also authorized to bring this equipment into the courtroom.  In addition, each attorney for all parties to this action may bring a laptop computer for use in the courtroom. Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and take such steps as reasonably necessary to facilitate the foregoing activity.

For Plaintiffs MEDTRONIC, INC., MEDTRONIC USA, INC.,
AND MEDTRONIC VASCULAR, INC.:

DATED: January 16, 2008                          DECHERT LLP


                                        By:_____/s/ Michelle W. Yang_____
                                             James J. Elacqua (CBS No. 187897)
                                             Noemi C. Espinosa (CBS No. 116753)
                                             Ellen J. Wang (CBS No. 215478)
                                             Michelle W. Yang (CBS No. 215199)
                                             DECHERT LLP
                                             2440 West El Camino Real, Suite 700
                                             Mountain View, California 94040
                                             Telephone: (650) 813-4800
                                             Facsimile: (650) 813-4848

DECHERT LLP
ATTORNEYS AT LAW

2   STIP. & [PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST
TO BRING INTO FED. COURT CERTAIN EQUIP. & MATERIALS
CASE NO. C07-00567 MMC

1  For Defendant AGA MEDICAL CORPORATION:

2  DATED: January 16, 2008                    By:_____/s/ Perry R. Clark_____

3                                             Perry R. Clark (CBS No. 197101)
                                              KIRKLAND & ELLIS LLP

4                                             555 California Street
                                              San Francisco, CA 94104

5                                             Telephone: (415) 439-1400
                                              Facsimile: (415) 439-1500

6

7

8                              **FILER'S ATTESTATION**

9        I, Michelle W. Yang, attest pursuant to General Order No. 45 that concurrence in the

10  filing of this document has been obtained from the other signatory.

11  Dated: January 16, 2008

12                                             By:_____/s/ Michelle W. Yang_____

13                                             Michelle W. Yang (CBS No. 215199)
                                              DECHERT LLP

14                                             2440 West El Camino Real, Suite 700
                                              Mountain View, California 94040

15                                             Telephone: (650) 813-4800
                                              Facsimile: (650) 813-4848

16

17

18

19

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22  Dated:_____, 2008

23

24                                             _____

25                                             Honorable Maxine M. Chesney
                                              United States District Judge

26

27

28

DECHERT LLP
ATTORNEYS AT LAW

3   STIP. & [PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST
TO BRING INTO FED. COURT CERTAIN EQUIP. & MATERIALS
CASE NO. C07-00567 MMC

1

### CERTIFICATE OF SERVICE

2        I, Joanna Giacalone, declare:

3        I am employed in the State of California, over the age of eighteen years and not a party to

4   the within-entitled action.  My business address is 2440 W. El Camino Real, Suite 700, Mountain

5   View, California 94040-1499.  On January 16, 2008, I served a copy of the within document(s):

6        **STIPULATION AND [PROPOSED] ORDER GRANTING
         MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE
7        FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS
         FOR PURPOSES OF THE CLAIMS CONSTRUCTION HEARING.**

8

9   ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set
10       forth below on this date.

11   ☒   by transmitting via electronic mail the document(s) listed above to the electronic
         email addresses set forth on this date.
12

13   ☐   by placing the document(s) listed above in a sealed envelope with postage thereon
         fully prepaid, in the United States mail at Mountain View, California addressed as
14       set forth below.

15   ☒   by placing the document(s) listed above in a sealed Federal Express envelope and
         affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal
16       Express agent for delivery.

17   ☐   by personally delivering the document(s) listed above to the person(s) at the
         address(es) set forth below.
18

19   Perry R. Clark (CBS No. 197101)
     pclark@kirkland.com
20   KIRKLAND & ELLIS LLP
     555 California Street
21   San Francisco, CA 94104
     Telephone: (415) 439-1400
22   Facsimile: (415) 439-1500

23

24

25

26

27

28

John M. Desmarais, Esq.
Peter J. Armenio, Esq.
Young J. Park, Esq.
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022
Telephone:    (212) 446-4800
Facsimile:  (212) 446-4900
jdesmarais@kirkland.com
parmenio@kirkland.com
ypark@kirkland.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 16, 2008, at Mountain View, California.

/s/  Joanna Giacalone
Legal Secretary

DECHERT LLP
ATTORNEYS AT LAW

5

STIP. & [PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST
TO BRING INTO FED. COURT CERTAIN EQUIP. & MATERIALS
CASE NO. C07-00567 MMC