James J. Elacqua (CBS No.: 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CBS No.: 116753)
nicky.espinosa@dechert.com
Ellen J. Wang (CBS No.: 215478)
ellen.wang@dechert.com
Michelle W. Yang (CBS No.: 215199)
michelle.yang@dechert.com
DECHERT LLP
2440 West El Camino Real
Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Plaintiff
MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.

Perry R. Clark (CBS No. 197101)
pclark@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorney for Defendant
AGA MEDICAL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION,<br><br>Defendant, | Case No. C07-00567 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF TUTORIAL AND CLAIM CONSTRUCTION HEARING**<br><br>**Claim Construction Hearing:**<br><br>Date: January 22, 2007<br>Time: 9:30 a.m.<br>Judge: Hon. Maxine M. Chesney |

DECHERT LLP
ATTORNEYS AT LAW

13054142.1

STIP. & [PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST
TO BRING INTO FED. COURT CERTAIN EQUIP. & MATERIALS
CASE NO. C07-00567 MMC

IT IS HEREBY STIPULATED AND AGREED, by and between Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc., its attorneys and agents, and AGA Medical Corporation, its attorneys and agents as follows:

On Tuesday, January 22, 2008, Medtronic and AGA, by and through their respective counsel of record, may each bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in Courtroom 7 on the 19th floor of the Honorable Maxine M. Chesney, certain electronic equipment and other materials for purposes of presenting oral argument during the tutorial and claim construction hearing to be held on January 22, 2008 at 9:30 a.m. The electronic equipment and materials may include any of the following:

1. Projection screen,
2. LCD Data Projector,
3. Document presenters (ELMO),
4. Four 17" flat-panel monitors,
5. Additional flat-panel monitors as necessary,
6. Cables, power strips, extension cords, video switchers as necessary,
7. Laptop computers,
8. Associated power cords, cables,
9. AV Carts,
10. 2 Easels,
11. 2 Large Easel Notepads,
12. Dry Erase Easel,
13. Laser pointers, wireless mouse,
14. Computer readable media (e.g. floppy disks, CD-ROMs, DVDs),
15. Handtruck/cart,
16. Metal coil, 2 metal rods,
17. 2 Thermoses – one with hot water and one with ice water,
18. Tweezers or tongs,
19. Paper towels,

Dechert LLP
Attorneys At Law

1 STIP. & [PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST
TO BRING INTO FED. COURT CERTAIN EQUIP. & MATERIALS
CASE NO. C07-00567 MMC

| | |
|---|---|
| 1 | 20. Various stent-graft devices, deployed and on catheters, |
| 2 | 21. Stent-graft delivery accessories, |
| 3 | 22. Several cans of Micro Blast compressed air spray, |
| 4 | 23. Crystal structure models, |
| 5 | 31. Nitinol metal rods, |
| 6 | 32. Sample devices, |
| 7 | 33. Sample shape memory alloy wires, |
| 8 | 34. 2 Tech tables. |

Eric Ang of Fulcrum Legal Graphics and James Hossain of Maxim Legal and their associates are also authorized to bring this equipment into the courtroom. In addition, each attorney for all parties to this action may bring a laptop computer for use in the courtroom. Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and take such steps as reasonably necessary to facilitate the foregoing activity.

For Plaintiffs MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.:

DATED: January 16, 2008          DECHERT LLP

By:     /s/ Michelle W. Yang
James J. Elacqua (CBS No. 187897)
Noemi C. Espinosa (CBS No. 116753)
Ellen J. Wang (CBS No. 215478)
Michelle W. Yang (CBS No. 215199)
DECHERT LLP
2440 West El Camino Real, Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

DECHERT LLP
ATTORNEYS AT LAW

2   STIP. & [PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST
TO BRING INTO FED. COURT CERTAIN EQUIP. & MATERIALS
CASE NO. C07-00567 MMC

For Defendant AGA MEDICAL CORPORATION:

DATED: January 16, 2008     By:     /s/ Perry R. Clark
                                    Perry R. Clark (CBS No. 197101)
                                    KIRKLAND & ELLIS LLP
                                    555 California Street
                                    San Francisco, CA 94104
                                    Telephone: (415) 439-1400
                                    Facsimile: (415) 439-1500

### FILER'S ATTESTATION

I, Michelle W. Yang, attest pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from the other signatory.

Dated: January 16, 2008

                                    By:     /s/ Michelle W. Yang
                                    Michelle W. Yang (CBS No. 215199)
                                    DECHERT LLP
                                    2440 West El Camino Real, Suite 700
                                    Mountain View, California 94040
                                    Telephone: (650) 813-4800
                                    Facsimile: (650) 813-4848

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January 17        , 2008

                                    _____
                                    Honorable Maxine M. Chesney
                                    United States District Judge

DECHERT LLP
ATTORNEYS AT LAW

3  STIP. & [PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST
   TO BRING INTO FED. COURT CERTAIN EQUIP. & MATERIALS
   CASE NO. C07-00567 MMC