| | |
|---|---|
| 1 | Steven D. Hemminger (State Bar No. 110665) (Steve.hemminger@alston.com) |
| | ALSTON & BIRD LLP |
| 2 | Two Palo Alto Square |
| | 3000 El Camino Real, Suite 400 |
| 3 | Palo Alto, CA 94306-2122 |
| | Telephone: 650-838-2000 |
| 4 | Facsimile: 650-838-2001 |
| 5 | |
| | Attorneys for Defendant |
| 6 | AGA MEDICAL CORPORATION |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation, | Case No. 3:07-cv-00567 MMC |
| | [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL |
| Plaintiffs, | |
| v. | |
| AGA Medical Corporation, a Minnesota corporation, | |
| Defendant. | |

The Court has received Defendant, AGA MEDICAL CORPORATION's Notice of Substitution of Counsel.

It is hereby ORDERED that Steven D. Hemminger of Alston & Bird LLP shall substitute as counsel of record for AGA MEDICAL CORPORATION ("Defendant") in this matter in place of Perry Clark, John M. Desmarais, Michael J. Gulliford, Peter J. Armenio and Young J. Park of Kirkland & Ellis, LLP and all further notices, pleadings, calendars and communications for Defendant concerning the above-captioned matter be directed to the attention of the following:

| | |
|---|---|
| Steven D. Hemminger<br>steven.hemminger@alston.com<br>Lenny Huang<br>lenny.huang@alston.com<br>ALSTON & BIRD LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306-2122<br>Telephone: 650-838-2000<br>Facsimile: 650-838-2001 | Michael S. Connor<br>mike.connor@alston.com<br>Lance A. Lawson<br>lance.lawson@alston.com<br>ALSTON & BIRD LLP<br>Bank of America Plaza<br>101 South Tryon St., Suite 4000<br>Charlotte, NC 28280-4000<br>Telephone: 704-444-1000<br>Facsimile: 704-444-1111 |

IT IS SO ORDERED.

Dated:_August_ 21 , 2008

_____
The Hon. Maxine M. Chesney
U.S. DISTRICT COURT JUDGE