Steven D. Hemminger (State Bar No. 110665) (Steve.hemminger@alston.com)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2122
Telephone: 650-838-2000
Facsimile: 650-838-2001

Marissa R. Ducca (D.C. Bar No. 979328) (marissa.ducca@alston.com)
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: 202-756-3369
Facsimile: 202-654-4982
(Pending *Pro Hac Vice* Admission)

Attorneys for Defendant
AGA MEDICAL CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA Medical Corporation, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC<br><br>The Honorable Maxine M. Chesney<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Marissa R. Ducca, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number (particular court to which applicant is admitted) are: are set forth above, District of Columbia Bar

Case No. 3:07-cv-00567                              [PROPOSED] ORDER GRANTING APPLICATION
                                             1      FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  ~~Moultrie Courthouse~~
2  ~~500 Indiana Avenue, N.W.~~
   ~~Room 4200~~
3  ~~Washington, DC 20001~~
   ~~202-879-2710~~
4
   having applied in the above-entitled action for admission to practice in the Northern
5
   District of California on a *pro hac vice* basis representing AGA Medical Corporation.,
6
7       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
9  appearance *pro hac vice*. Service of papers upon and communication with co-counsel
10 designated in the application will constitute notice to the party. All future filings in this
11 action are subject to the requirements contained in General Order No. 45, *Electronic*
12
13 *Case Filing.*
14
15 Dated: August 27, 2008                    /s/ Maxine M. Chesney
16                                           Maxine M. Chesney
                                             United States District Judge

Case No. 3:07-cv-00567                    [PROPOSED] ORDER GRANTING APPLICATION
                                    2     FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

LEGAL02/30922363v1