IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al., | No. C-07-567 MMC |
| Plaintiffs, | **ORDER DENYING STIPULATED REQUEST FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES** |
| v. | |
| AGA MEDICAL CORP., et al., | |
| Defendants / | |

The Court is in receipt of the Stipulated Request for Continuance of Pretrial and Trial Dates, by which the parties seek to continue the date of trial and pretrial deadlines by reason of the substitution of new counsel for defendant. The parties have failed to show good cause for the proposed modification of the pretrial schedule. Accordingly the stipulated request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: September 8, 2008

MAXINE M. CHESNEY
United States District Judge