IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., et al.,

    Plaintiffs,

  v.

AGA MEDICAL CORP., et al.,

    Defendants
                                /

No. C-07-567 MMC

**ORDER DENYING STIPULATED REQUEST FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES**

      Before the Court is the parties' Stipulated Request for Continuance of Pretrial and Trial Dates, filed September 12, 2008. Said stipulation represents the second such request, the first having been denied for failure to show good cause for the relief requested. (See Order filed September 8, 2008.)

      The instant motion is supported by no additional showing with respect to good cause. Further, the second proposed schedule provides an insufficient period of time between the proposed dispositive motion hearing date and the proposed deadline for filings submitted in connection with the Pretrial Conference.

      Should the parties seek to pursue this matter further, they shall file a stipulated request for a Status Conference, any such stipulation being supported by a detailed showing as to the need for a modification of the current schedule.

      **IT IS SO ORDERED.**

Dated: September 22, 2008

                                                    MAXINE M. CHESNEY
                                                    United States District Judge