1   James J. Elacqua (CBS No.: 187897)          Steven D. Hemminger (State Bar No. 110665)
    james.elacqua@dechert.com                   steve.hemminger@alston.com
2   Noemi C. Espinosa (CBS No.: 116753)         ALSTON & BIRD LLP
    nicky.espinosa@dechert.com                  Two Palo Alto Square
3   Michelle W. Yang (CBS No.: 215199)          3000 El Camino Real
    michelle.yang@dechert.com                   Suite 400
4   Hieu H. Phan (CSB No.: 218216)              Palo Alto, CA 94306-2112
    hieu.phan@dechert.com                       Telephone: (650) 838-2000
5   DECHERT LLP                                 Facsimile: (650) 838-2001
    2440 West El Camino Real, Suite 700
6   Mountain View, California 94040             Michael S. Connor (*pro hac vice*)
    Palo Alto, California 94304                 mike.connor@alston.com
7   Telephone: (650) 813-4800                   Lance A. Lawson (*pro hac vice*)
    Facsimile: (650) 813-4848                   lance.lawson@alston.com
8                                               ALSTON & BIRD LLP
    Attorneys for Plaintiff                     101 S. Tryon Street, Suite 4000
9   MEDTRONIC, INC., MEDTRONIC                  Charlotte, NC 28280-4000
    USA, INC. AND MEDTRONIC                     Telephone: (704) 444-1000
10  VASCULAR, INC.                              Facsimile: (704) 444-1770

11                                              Attorneys for Defendant
                                                AGA MEDICAL CORPORATION
12

13                   UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16   MEDTRONIC, INC., MEDTRONIC USA,        Case No. C07 00567 MMC
     INC., and MEDTRONIC VASCULAR,
17   INC.,
                                            **STIPULATED MOTION FOR
18              Plaintiff,                  LEAVE TO AMEND FINAL
                                            INFRINGEMENT CONTENTIONS
19        v.                                AND FINAL INVALIDITY
                                            CONTENTIONS; [PROPOSED]
20   AGA MEDICAL CORPORATION,               ORDER GRANTING LEAVE TO
                                            AMEND**
21              Defendant,

22

23

24

25

26

27

28

1      Pursuant to Patent L.R. 3-7, Plaintiffs Medtronic, Inc., Medtronic USA, Inc., and

2   Medtronic Vascular, Inc. (collectively "Medtronic") and Defendant AGA Medical Corporation

3   ("AGA") (collectively, the "Parties") jointly move the Court for leave to amend their final

4   infringement contentions and final invalidity contentions.

5      Medtronic served its final infringement contentions on March 7, 2008.  Since the service

6   of its contentions, Medtronic has learned of additional facts through discovery that now provide

7   bases for Medtronic to assert a cause of action for infringement of the asserted claims of two of

8   the patents-in-suit (U.S. Patent Nos. 5,067,957 and 5,190,546) under 35 U.S.C. § 271(f).

9   Furthermore, AGA has since released a new product—the Vascular Plug III—that Medtronic

10  asserts infringes the claims of the patents-in-suit.[1]  Medtronic believes these changed

11  circumstances provide good cause to permit Medtronic to amend its final infringement

12  contentions to assert an additional theory of infringement under 35 U.S.C. § 271(f) and to include

13  the newly-released Vascular Plug III product.

14      AGA served its final invalidity contentions on March 27, 2008.  Recently, however, AGA

15  has become aware of relevant prior art references that were not included in its final invalidity

16  contentions.  Many of the references AGA only recently became aware of for the first time.  AGA

17  believes there is good cause to permit AGA to amend its final invalidity contentions to include

18  the newly cited prior art.

19      The Parties have met and conferred and exchanged their proposed amended final

20  infringement contentions and proposed amended final invalidity contentions.  Neither party

21  believes it is prejudiced by the amendment of the other party's final infringement contentions or

22  final invalidity contentions as fact discovery in this case is ongoing, few depositions have been

23  taken, and expert discovery has not yet began.

24

25

26  [1] Medtronic has alleged in discovery served as early as April 19, 2007 that "all versions" of the Vascular Plug are
    accused of infringement.  The Vascular Plug III is a version of AGA's Vascular Plug line of products and all of the
27  products in this line are substantially similar.  Thus, although Medtronic believes it has already asserted that the
    Vascular Plug III is an accused device, Medtronic specifically identifies the Vascular Plug III as an accused device in
28  its amended final infringement contentions for the sake of completeness.

1

1    Dated: November 12, 2008

2

3    For Plaintiffs MEDTRONIC, INC.,              For Defendant
     MEDTRONIC USA INC. and MEDTRONIC            AGA MEDICAL CORPORATION:
4    VASCULAR, INC.:

5    By:_____/s/_____      By:_____/s/_____
        James J. Elacqua                            Steven D. Hemminger (State Bar No.
6       DECHERT LLP                                  110665)
        2440 W. El Camino Real, Suite700            ALSTON & BIRD LLP
7       Mountain View, CA 94040-1499               Two Palo Alto Square
        Telephone: (650) 813-4000                  3000 El Camino Real
8       Facsimile: (650) 813-4848                  Suite 400
                                                   Palo Alto, CA 94306-2112
9                                                  Telephone: (650) 838-2000
                                                   Facsimile: (650) 838-2001
10

11                        **<u>FILER'S ATTESTATION</u>**

12          I, James J. Elacqua, attest pursuant to General Order No. 45 that concurrence in the filing

13   of this document has been obtained from the other signatory.

14   Dated: November 12, 2008

                                                 _____/s/_____
15                                                  James J. Elacqua
                                                    DECHERT LLP
16                                                  2440 W. El Camino Real, Suite 700
                                                    Mountain View, CA 94040-1499
17                                                  Telephone: (650) 813-4800
                                                    Facsimile: (650) 813-4848
18

19

20

21

22

23

24

25

26

27

28

                                                2

1

# ~~[PROPOSED]~~ ORDER

2          This Court, having considered the Parties' Stipulated Motion for Leave to Amend Final

3   Infringement Contentions and Final Invalidity Contentions, hereby orders that the Motion is

4   GRANTED.

5   PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties' Stipulated Motion shall

6   not, however, standing alone, constitute good cause for an extension of the trial date or any
    pretrial deadlines.

7   Dated: _____November 14, 2008_____

                                              _____
8                                             MAXINE M. CHESNEY
                                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION FOR LEAVE TO AMEND FINAL INFRINGEMENT CONTENTIONS AND FINAL INVALIDITY CONTENTIONS
~~[PROPOSED]~~ ORDER GRANTING LEAVE TO AMEND; CASE NO. C07 00567 MMC