IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC. et al., | No. C 07-567 MMC |
| Plaintiffs, | **ORDER REFERRING DISCOVERY MOTIONS TO MAGISTRATE JUDGE CHEN** |
| v. | |
| AGA MEDICAL CORPORATION, | |
| Defendant. / | |

Pursuant to Civil Local Rule 72-1, the following motions are hereby REFERRED to Magistrate Edward M. Chen, to whom all discovery matters previously were referred:

1. Plaintiffs' "Motion to Disqualify Thomas W. Duerig, Ph.D. as an Expert and to Preclude AGA from Disclosing Confidential or Highly Confidential Medtronic Information to Dr. Duerig," filed November 12, 2008;

2. Plaintiffs' "Administrative Motion to File under Seal Pursuant to Civ. L.R. 79-5(b) in Support of Medtronic's Motion to Disqualify Thomas W. Duerig, Ph.D. as an Expert and to Preclude AGA from Disclosing Confidential or Highly Confidential Medtronic Information to Dr. Duerig," filed November 12, 2008; and

3. Defendant's "Unopposed Motion to Compel Production of Documents Withheld on the Basis of Confidentiality," filed November 13, 2008.

The parties will be advised of the next appearance, if any, by Judge Chen's

1 | chambers.
2 | **IT IS SO ORDERED**.
3 |
4 | Dated: November 14, 2008

MAXINE M. CHESNEY
United States District Judge