1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C07-00567 MMC<br><br>[PROPOSED] ORDER GRANTING MEDTRONIC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b) AND 79-5(c) IN SUPPORT OF MEDTRONIC'S OPPOSITION TO AGA'S MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS |
|---|---|

1  This Court, having considered Medtronic's Administrative Motion to File Documents
2  Under Seal Pursuant to Civ. L.R. 79-5(b) and 79-5(c) in support of Medtronic's Opposition to
3  AGA's Motion for Leave to Amend its Answer and Counterclaims ("Medtronic's Admin
4  Motion"), and the Declaration of Joshua Walsh-Benson in support of Medtronic's Admin Motion,
5  hereby GRANTS Medtronic's Admin Motion.
6  The following documents shall be filed under seal:
7  1.  The [Confidential Version] of Medtronic's Opposition to AGA's Motion for Leave
8  to Amend Its Answer and Counterclaims;
9  2.  The entirety of Exhibit 1 to the Declaration of Joshua C. Walsh-Benson in support
10  of Medtronic's Opposition to AGA's Motion for Leave to Amend Its Answer and Counterclaims;
11  3.  The entirety of Exhibit 2 to the Declaration of Joshua C. Walsh-Benson in support
12  of Medtronic's Opposition to AGA's Motion for Leave to Amend Its Answer and Counterclaims.
13
14  **IT IS SO ORDERED.**
15  Dated: February 3, 2009
16  HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE