**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., et al.,

      Plaintiffs,

  v.

AGA MEDICAL CORPORATION,

      Defendant
_____/

No. C 07-567 MMC

**ORDER REFERRING MATTERS TO MAGISTRATE JUDGE EDWARD M. CHEN**

      Pursuant to Civil Local Rule 72-1, plaintiffs' "Motion to Strike Portions of AGA's Opening Expert Reports under FRCP 12(f)," filed February 4, 2009, plaintiffs' "Administrative Motion to File Documents under Seal Pursuant to Civ. L.R. 79-5(b) and 79-5(d) in Support of Medtronic's Motion to Strike Portions of AGA's Opening Expert Reports under FRCP 12(f)," also filed February 4, 2009, and the parties' "Joint Stipulation and [Proposed] Order Requesting Shortened Time on Medtronic's Motion to Strike Portions of AGA's Opening Expert Reports under FRCP 12(f)," also filed February 4, 2009, are hereby REFERRED to Magistrate Judge Edward M. Chen, to whom all matters relating to discovery previously were referred.

      The parties will be advised of the next appearance, if any, by Judge Chen's chambers.

      **IT IS SO ORDERED**.

Dated: February 6, 2009

MAXINE M. CHESNEY
United States District Judge