James J. Elacqua (CSB No. 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CSB No. 116753)
nicky.espinosa@dechert.com
Michelle W. Yang (CSB No. 215199)
michelle.yang@dechert.com
Hieu H. Phan (CSB No. 218216)
hieu.phan@dechert.com
Joshua C. Walsh-Benson (CSB No. 228983)
joshua.walsh-benson@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040-1499
Telephone:   (650) 813-4800
Facsimile:   (650) 813-4848

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC.,
AND MEDTRONIC VASCULAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C07-00567 MMC (EMC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING SHORTENED TIME ON MEDTRONIC'S MOTION TO STRIKE PORTIONS OF AGA'S OPENING EXPERT REPORTS UNDER FRCP 12(f)** |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIP REQUESTING SHORTENED TIME
RE MDT'S MOTION TO STRIKE
CASE NO. C07-00567 MMC (EMC)

Pursuant to Civ. L.R. 6-2, the parties jointly submit this Joint Stipulation requesting a shortened briefing schedule and expedited hearing regarding Medtronic's Motion to Strike Portions of AGA's Opening Expert Reports Under FRCP 12(f), which is currently noticed for hearing on March 13, 2009.

The underlying dispute relates to AGA's expert reports. The parties are currently in the midst of exchanging Rule 26(a)(2) expert reports. Opening expert reports were exchanged on January 23, 2009. Rebuttal expert reports are due on February 6, 2009. Expert depositions will commence sometime after February 6, 2009. Expert discovery closes on February 27, 2009 (which is the same shortened hearing date that the parties are jointly seeking). Declaration of Michelle W. Yang in support of Medtronic's Motion to Shorten Time on Medtronic's Motion to Strike Portions of AGA's Opening Expert Reports Under FRCP 12(f) ("Yang Decl."), ¶ 3. The underlying Motion to Strike is related to AGA's expert reports.

Medtronic complied with Civ. Local Rule 37-1(a) and sought a stipulation with AGA on this instant Motion to Shorten Time. On February 3, 2009, Medtronic met and conferred with AGA to discuss the underlying Motion to Strike. On February 4, 2009, the parties came to agreement on the proposed shortened schedule.. Yang Decl., ¶ 4.

If the Court does not shorten the hearing date on the underlying Motion to Strike, important issues concerning the underlying Motion to Strike will go undecided through all of expert discovery and into the briefing schedule for summary judgment motions. Yang Decl., ¶ 5.

Pursuant to Civ. Local Rule 6-3(a)(5), previous time modifications in this case include the following:

(a) Extension for AGA to Answer the Complaint [Dkt. No. 8];

(b) Extension for Medtronic to Answer the Counterclaims [Dkt. No. 16];

(c) Extension for both parties to exchange Preliminary Claim Constructions and Extrinsic Evidence [Dkt. No. 33];

(d) Extension for both parties to disclose Expert Witnesses [Dkt. No. 36];

(e) Extension for both parties to exchange Claim Construction Exhibits and Tutorial Materials [Dkt. No. 82];

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

JOINT STIP REQUESTING SHORTENED TIME
RE MDT'S MOTION TO STRIKE
CASE NO. C07-00567 MMC (EMC)

(f) Extension for AGA to file a Redacted Claim Construction Brief and Declaration Exhibits [Dkt. No. 87];

(g) Extension of Fact and Expert Discovery Cut-Off Dates [Dkt. No. 133];

(h) Shortened briefing schedule and hearing date for both parties motions to compel fact discovery [Dkt. No. 163]; and

(i) Shortened briefing schedule and hearing date for AGA's motion for leave to amend its counterclaims (to add false-marking counterclaim) [Dkt. No. 222] (still pending).

Yang Decl., ¶ 7.

The parties jointly request a shortened briefing schedule as follows: (1) AGA to file its Opposition by February 10, 2009 (by no later than 6:00 p.m. PST); (2) Medtronic to file its Reply by February 13, 2009; and (3) the hearing to be held 14 days after the reply, ~~Friday, February 27, 2009~~ February 25, 2009 at 10:30am. Yang Decl., ¶ 7. These Modifications will not affect any other deadlines in this case. Yang Decl., ¶ 8.

SO STIPULATED

| | |
|---|---|
| Dated: February 4, 2009 | Dechert LLP |
| | By: /s/ Michelle W. Yang |
| | James J. Elacqua |
| | Noemi C. Espinosa |
| | Michelle W. Yang |
| | Hieu H. Phan |
| | Joshua C. Walsh-Benson |
| | |
| | Attorneys for Plaintiffs |
| | MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC. |
| | |
| Dated: February 4, 2009 | For Defendant |
| | AGA MEDICAL CORPORATION: |
| | By: /s/ Lance A. Lawson |
| | Lance A. Lawson (*Pro Hac Vice*) |
| | ALSTON & BIRD LLP |
| | Bank of America Plaza |
| | 101 South Tryon Street, Suite 4000 |
| | Charlotte, NC 28280-4000 |
| | Telephone: 704-444-1000 |
| | Facsimile: 704-444-1111 |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

JOINT STIP REQUESTING SHORTENED TIME
RE MDT'S MOTION TO STRIKE
CASE NO. C07-00567 MMC (EMC)

**FILER'S ATTESTATION**

I, Michelle W. Yang, attest pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from Lance Lawson.

                                           /s/ Michelle W. Yang
Michelle W. Yang
Dechert LLP
2440 W. El Camino Real, Suite 400
Mountain View, CA 94040-1499
Telephone: (650) 813-4800
Facsimile: (650) 813) 4848

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

JOINT STIP REQUESTING SHORTENED TIME
RE MDT'S MOTION TO STRIKE
CASE NO. C07-00567 MMC (EMC)

1

2   PURSUANT TO STIPULATION, IT IS SO ORDERED, that the motion to strike is set for
    2/25/09 at 10:30 a.m. before Magistrate Judge Edward M. Chen in Courtroom C, 15th Fl., 450 Golden
3   Gate Ave., San Francisco, CA 94102. Opposition due 2/10/09. Reply due 2/13/09.
    Dated: _____                    _____
4                                                    HON. MAXINE M. CHESNEY / Edward M. Chen
                                                     UNITED STATES DISTRICT COURT JUDGE
5                                                              MAGISTRATE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

- 4 -

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIP REQUESTING SHORTENED TIME
RE MDT'S MOTION TO STRIKE
CASE NO. C07-00567 MMC (EMC)

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 4th day of February, 2009, with an electronic copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Steven D. Hemminger, Esq. | steve.hemminger@alston.com |
| Michael S. Connor, Esq. | mike.connor@alston.com |
| Lance A. Lawson, Esq. | lance.lawson@alston.com |
| Brian F. McMahon, Esq. | brian.mcmahon@alston.com |
| Marissa R. Ducca, Esq. | marissa.ducca@alston.com |

By: /s/ Michelle W. Yang
Joshua C. Walsh-Benson

Attorney for Plaintiffs
MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.

13371875.1