1  STEVEN D. HEMMINGER (Bar No. 110665)
   ALSTON & BIRD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Suite 400
3  Palo Alto, CA 94306-2112
   Telephone: (650) 838-2029
4  Facsimile: (650) 838-2001
   steve.hemminger@alston.com
5
6  MICHAEL S. CONNOR (*pro hac vice*)
   LANCE A. LAWSON (*pro hac vice*)
7  BRIAN F. McMAHON (Bar No. 235373)
   ALSTON & BIRD LLP
8  101 S. Tryon Street, Suite 4000
   Charlotte, NC 28280-4000
9  Telephone: (704) 444-1000
   Facsimile: (704) 444-1770
10 mike.connor@alston.com
   lance.lawson@alston.com
11
12 MARISSA R. DUCCA (*pro hac vice*)
   ALSTON & BIRD LLP
13 950 F Street, N.W.
   Washington, DC 2004-1404
14 Telephone: (202) 756-3369
   Facsimile: (202) 654-4982
15 marissa.ducca@alston.com
16
17 Attorneys for Defendant
   AGA MEDICAL CORPORATION
18
19                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
20                  SAN FRANCISCO DIVISION

21 MEDTRONIC, INC., a Minnesota corporation,     Case No.: 3:07-cv-00567-MMC (EMC)
   MEDTRONIC USA INC., a Minnesota
22 corporation, and MEDTRONIC VASCULAR,          [PROPOSED] ORDER GRANTING
   INC., a Delaware corporation,                 AGA'S ADMINISTRATIVE MOTION
23                                                TO FILE DOCUMENTS ISO REPLY
                                                  FOR MOTION FOR LEAVE TO AMEND
24                             Plaintiffs,        ITS ANSWER UNDER SEAL
25       v.
                                                  Date:  February 20, 2009
26 AGA MEDICAL CORPORATION, a                     Time:  9:00 a.m.
   Minnesota corporation,                         Dept.: Courtroom 7, 19th Floor
27                                                Judge: Maxine M. Chesney
28                             Defendant.

_____
[PROPOSED] ORDER GRANTING ADMIN. REQUEST TO          CASE NO. 3:07-CV-00567-MMC (EMC)
FILE DOCUMENTS UNDER SEAL

1  The Court has received Defendant AGA Medical Corporation's Administrative Motion to

2  File Papers in Support of Its Reply ISO Its Motion for Leave to Amend Its Answer Under Seal,

3  filed February 6, 2009.  Good cause appearing, the motion is

4  GRANTED.

5  It is hereby ORDERED that the following documents be filed under seal:

6  The unredacted version of                                             in support of

7  • ~~Portions of pages 1, 5, 6, 7, 8, 9, 10 and 12 of~~ AGA's Reply ~~ISO~~ its Motion for
   Leave to Amend Its Answer and Counterclaims ("Reply");

8

9  • Exhibit A to the Declaration of Steven D. Hemminger in Support of AGA's

10  Reply in Support of Its Motion for Leave to Its Amend ("Hemminger Decl."),

11  which contains excerpts from the Deposition of David Adams of December 9,

12  2008, which Plaintiffs designated as "Highly Confidential" pursuant to the

13  protective order in this case;

14

15  • Exhibit D to the Hemminger Decl., which contains excerpts from the Deposition

16  of Jonathan C. Morris of November 25, 2008, which Plaintiffs designated as

17  "Highly Confidential" pursuant to the protective order in this case;

18  • Exhibit E to the Hemminger Decl., which is the Expert Report of Dr. Thomas

19  Duerig Pursuant to Fed. R. Civ. P. 26(a)(2)(B), served on Medtronic on January

20  23, 2009, which Defendant designated as "Highly Confidential" pursuant to the

21  protective order in this case.

22  • Exhibit G to the Hemminger Decl., which is the Expert Report of Dr. Kaushik

23  Bhattacharya Pursuant to Fed. R. Civ. P. 26(a)(2)(B), served on Medtronic on

24  January 23, 2009, which Defendant designated as "Highly Confidential"

25  pursuant to the protective order in this case.

26

27

28

1

1

- Exhibit H to the Hemminger Decl., which is Medtronic's Index of Privileged

2
Documents of November 19, 2008, which Plaintiffs designated as "Confidential"

3
pursuant to the protective order in this case;

4

5
- Exhibit J to the Hemminger Decl., which contains excerpts from the Deposition
of David Adams of February 3, 2009, which Plaintiffs designated as "Highly

6
Confidential" pursuant to the protective order in this case;

7

8
- Exhibit K to the Hemminger Decl., which Plaintiffs produced documents M-

9
AGA 243004, which Medtronic designated as "Confidential" pursuant to the

10
protective order in this case; and

11

- Exhibit L to the Hemminger Decl., which is the Expert Report of Dr. Valentina

12
Imbeni Pursuant to Fed. R. Civ. P. 26(a)(2)(B), served on Medtronic on January

13
23, 2009, which Defendant designated as "Highly Confidential" pursuant to the

14
protective order in this case.

15

16
        IT IS HEREBY ORDERED that the above-listed documents shall be filed under seal.

17

18
Dated: February __17__, 2009

19
_____
The Honorable Maxine M. Chesney

20
United States District Judge
For the Northern District of California

21

22

23

24

25

26

27

28

2