RECEIVED

FEB 27 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C07-00567 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF KAREN D. MCDANIEL FOR ADMISSION *PRO HAC VICE* |

Karen D. McDaniel, whose business address and telephone number is: MERCHANT & GOULD, 3200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, (612) 332-5300, and who is an active member in good standing of the bar of Minnesota having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Medtronic, Inc.

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

13375666

[PROPOSED] ORDER GRANTING APPLICATION OF
KAREN D. MCDANIEL FOR ADMISSION *PRO HAC
VICE* / CASE NO. C07-00567 MMC

1  application will constitute notice to the party. All future filings in this action are subject to the
2  requirements contained in General Order No. 45, *Electronic Case Filing*.
3  Dated: __March 4_____, 2009

4  _____
   HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE