IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AGA MEDICAL CORPORATION,<br><br>    Defendant. | No. C-07-0567 MMC<br><br>**ORDER RE: AMENDMENT OF ORDER GRANTING IN PART AND DENYING IN PART MEDTRONIC'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

On March 13, 2009, the Court granted in part and denied in part plaintiffs' Motion to File Documents under Seal. In particular, the Court denied the motion with respect to certain documents that plaintiffs stated were designated confidential by defendant or by a third party, for the reason that no responsive declaration establishing such documents' sealability had been filed as required by the Civil Local Rules of this District. (See Order filed March 13, 2009 (Docket Number 321), at 1-2.)

On March 19, 2009, plaintiffs filed a declaration stating six of the above-referenced documents were either designated confidential by Memry Corporation ("Memry"), which is not a party to the above-titled action, or contain such confidential information, and that such documents should be filed under seal. (See Supp. Decl. Joshua C.-Walsh-Benson ¶¶ 6-11.) On the same date, plaintiffs filed a declaration by counsel for Memry establishing said documents are sealable. (See Decl. Mathew P. Jasinski ¶ 5.) Accordingly, the Court's

Order of March 13, 2009 (Docket Number 321) will be amended to include those documents in the documents to be filed under seal. An Amended Order reflecting said amendment will be filed concurrently herewith.

**IT IS SO ORDERED.**

Dated: March 19, 2009

                                MAXINE M. CHESNEY
                                United States District Judge