IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al., | No. C-07-0567 MMC |
|     Plaintiffs, | **AMENDED ORDER GRANTING IN PART AND DENYING IN PART MEDTRONIC'S MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO MEDTRONIC; DIRECTIONS TO CLERK** |
|   v. | |
| AGA MEDICAL CORPORATION, | |
|     Defendant. | |

Before the Court is plaintiffs' Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc.'s (collectively, "Medtronic") administrative motion to file documents under seal, filed February 27, 2009. Having read and considered the motion and the declarations filed in support thereof, the Court rules as follows.

1. With respect to Exhibits 4, 15, 17, 19, 24, 27, 28, 30, 31, 32, and 33 to the Declaration of Joshua C. Walsh-Benson in Support of Medtronic's Motions for Summary Judgment ("Walsh-Benson Summary Judgment Declaration") and the unredacted versions of Medtronic's Motion for Summary Judgment Against AGA's Equitable Estoppel Affirmative Defense and Counterclaim and Medtronic's Motion for Summary Judgment of No Inequitable Conduct, the motion is GRANTED.

2. With respect to Exhibits 1, 2, 3, 5, 6, 14, 29, and 34 to the Walsh-Benson Summary Judgment Declaration, Medtronic states such documents have been designated

confidential by AGA.  Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order.  See Civ. L.R. 79-5(d).  "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality."  Id.

Here, AGA has not filed a responsive declaration.  Accordingly, with respect to Exhibits 1, 2, 3, 5, 6, 14, 29, and 34 to the Walsh-Benson Summary Judgment Declaration, the motion is DENIED.

Accordingly, the Clerk shall file under seal the above-referenced documents found in section 1 above to be sealable.  If Medtronic wishes the Court to consider any document not found to be sealable, Medtronic shall file such document in the public record no later than March 20, 2009.

**IT IS SO ORDERED.**

Dated: March 19, 2009

MAXINE M. CHESNEY
United States District Judge