Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:    (650) 838-2000
Facsimile:    (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone:    (704) 444-1000
Facsimile:    (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone:    (202) 756-3369
Facsimile:    (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING AGA'S RENEWED ADMINISTRATIVE REQUEST TO FILE DOCUMENTS ISO ITS MOTIONS FOR SUMMARY JUDGMENT AND DECLARATION UNDER SEAL |

LEGAL02/31189296v1

[PROPOSED] ORDER DENYING MEDTRONIC'S
MOTION FOR SUMMARY JUDGMENT THAT THE
HUGHES DOCUMENT IS NOT PRIOR ART
CASE NO. 3:07-cv-00567 MMC (EMC)

1    Before this Court is AGA's Renewed Administrative Request to File Documents ISO Its

2 Motions for Summary Judgment and Declaration Under Seal, filed March 20, 2009. Having
     and
3 considered AGA's motion, the documents filed therewith, ~~and the documents filed in response~~

4 the Court hereby GRANTS AGA's Motion. ~~thereto, AGA's Motion is hereby GRANTED~~. Exhibits 1, 4, 33, 34, 36, and 37 to the Declaration of

5 Steven D. Hemminger in Support of AGA's Dispositive Motions will be filed under seal.

6    IT IS SO ORDERED.

7

8 Dated: __March 23_____, 2009      _____
                                         HONORABLE MAXINE M. CHESNEY
9                                        UNITED STATES DISTRICT JUDGE