Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:     (650) 838-2000
Facsimile:     (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone:     (704) 444-1000
Facsimile:     (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone:     (202) 756-3369
Facsimile:     (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING AGA'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS ISO ITS REPLY TO ITS MOTION FOR SUMMARY JUDGMENT AND DECLARATION UNDER SEAL |

LEGAL02/31189296v1

[PROPOSED] ORDER GRANTING AGA'S ADMIN. REQ. TO
FILE DOCS ISO ITS REPLY TO ITS MSJ AND DECL. UNDER SEAL
CASE NO. 3:07-cv-00567 MMC (EMC)

1  Before this Court is AGA's Administrative Request to File Documents ISO its Reply to Its

2  Motion for Summary Judgment and Declaration Under Seal, filed March 20, 2009. Having

3  considered AGA's motion, and the accompanying declaration ~~and documents filed therewith, and the~~ and, good cause appearing, the Court hereby GRANTS

4  ~~documents filed in response thereto~~, AGA's Motion ~~is hereby GRANTED~~.

5  ~~Portions of pages 3, 4, 8 and 9 of~~ The unredacted version of AGA's Reply in Support of its Motion for Summary

6  Judgment (#3) of Noninfringement on Grounds Other Than the Absence of Stress-Induced

7  Martensite and Exhibit 1 to the Declaration of Lance A. Lawson ISO AGA's Reply in Support of its

8  Motion for Summary Judgment (#3) of Noninfringement on Grounds Other than the Absence of

9  Stress-Induced Martensite will be filed under seal.

10  IT IS SO ORDERED.

12  Dated: March 24, 2009

*[signature]*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE