IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al., | No. C-07-0567 MMC |
| Plaintiffs, | **ORDER GRANTING AGA'S REQUEST TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| AGA MEDICAL CORPORATION, | |
| Defendant. | |

On March 24, 2009, the Court granted in part and denied in part six administrative requests filed by defendant AGA Medical Corporation ("AGA") to file documents under seal. The Court denied the requests with respect to, inter alia, Exhibit A to the Declaration of Brian F. McMahon ("McMahon Declaration"), for the reason that such document was designated confidential by plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc. (collectively, "Medtronic"), but Medtronic had not stated that it sought to have such document filed under seal. (See Order field Mar. 24, 2009 at 2:24-28.)

On the same date, after the Court's order was filed, AGA filed a declaration stating that although Exhibit A to the McMahon Declaration was designated confidential by Medtronic, such document contains "highly confidential information constituting proprietary business information of AGA," which information "should be sealed." (See Supp. Decl. Marissa R. Ducca ¶¶ 5-6.) The Court construes AGA's declaration as a request for partial

reconsideration of the Court's March 24, 2009 Order, and, so construed, finds good cause for the relief sought.

Accordingly, AGA's request is hereby GRANTED, and the Clerk shall file under seal Exhibit A to the McMahon Declaration.

**IT IS SO ORDERED.**

Dated:  March 26, 2009

MAXINE M. CHESNEY
United States District Judge