IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AGA MEDICAL CORPORATION,<br><br>    Defendant.<br>_____ / | No. C-07-0567 MMC<br><br>**ORDER RE: MEDTRONIC'S (1) MOTION FOR SUMMARY JUDGMENT AGAINST AGA'S EQUITABLE ESTOPPEL AFFIRMATIVE DEFENSE/ COUNTERCLAIM AND (2) MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT** |

Before the Court are plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc.'s (collectively, "Medtronic") Motion for Summary Judgment against AGA's Equitable Estoppel Affirmative Defense and Counterclaim, filed February 27, 2009, and Medtronic's Motion for Summary Judgment of No Inequitable Conduct, likewise filed February 27, 2009. With respect to each motion, defendant AGA Medical Corporation ("AGA") has filed opposition, to which Medtronic has replied.

Because the issues of equitable estoppel and inequitable conduct will be tried to the Court, rather than to the jury, the Court will defer ruling on the motions and will discuss, at the Pretrial Conference, the subsequent scheduling thereof.

**IT IS SO ORDERED.**

Dated: April 28, 2009

_____
MAXINE M. CHESNEY
United States District Judge