Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:   (650) 838-2000
Facsimile:    (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone:   (704) 444-1000
Facsimile:    (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone:   (202) 756-3369
Facsimile:    (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING AGA'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL ISO ITS MOTION TO BIFURCATE TRIAL INTO TWO PHASES AND MOTION TO EXCLUDE AS UNRELIABLE THE TESTIMONY AND OPINIONS OF ROBERT SINCLAIR REGARDING STRESS-INDUCED MARTENSITE |

Before this Court is AGA's Administrative Request to File Documents Under Seal In Support of its Motion to Bifurcate Trial into Two Phases and Motion to Exclude as Unreliable the Testimony of Robert Sinclair Regarding Stress-Induced Martensite, filed May 15, 2009. Having considered AGA's Motion and the accompanying declaration, and good cause appearing, the Court hereby GRANTS AGA's Motion.

The unredacted version ~~Portions of pages 4, 5, 11-15, 17, 18, 22, and 23~~ of AGA's Motion to Exclude as Unreliable the Testimony and Opinions of Robert Sinclair Regarding Stress-Induced Martensite, the *Declaration of Prof. Kaushik Bhattacharya In Support of AGA's Motion to Exclude as Unreliable the Testimony and Opinions of Robert Sinclair Regarding Stress-Induced Martensite* and Exhibits 2, 3, 4, 8, 11, and 12 to the *Declaration of Lance A. Lawson In Support of AGA's Motion to Bifurcate Trial into Two Phases and Motion to Exclude as Unreliable the Testimony and Opinions of Robert Sinclair Regarding Stress-Induced Martensite* will be filed under seal.

IT IS SO ORDERED.

Dated: May 21, 2009

*[signature]*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE