1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C07-00567 MMC<br><br>[PROPOSED] ORDER GRANTING MEDTRONIC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIV. L.R. 79-5(d) IN SUPPORT OF MEDTRONIC'S OPPOSITION TO AGA'S MOTION TO BIFURCATE TRIAL INTO TWO PHASES AND MEDTRONIC'S OPPOSITION TO AGA'S MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF ROBERT SINCLAIR REGARDING STRESS-INDUCED MARTENSITE |

1   This Court, having considered Medtronic's Administrative Motion to File Documents
2   Under Seal Pursuant to Civ. L.R. 79-5(d) in support of Medtronic's Opposition to AGA's Motion
3   to Bifurcate Trial into Two Phases, and Medtronic's Opposition to AGA's Motion to Exclude the
4   Testimony and Opinions of Robert Sinclair Regarding Stress-Induced Martensite ("Medtronic's
5   Admin Motion"), and the declarations of Marissa R. Ducca and ~~Declaration of Declaration of~~ Joshua C. Walsh-Benson in Support of
6   Medtronic's Administrative Motion to file Documents Under Seal Pursuant to Civ. L.R. 79-5(d)
7   in Support of Medtronic's Opposition to AGA's Motion to Bifurcate Trial into Two Phases,
8   Medtronic's Opposition to AGA's Motion to Exclude the Testimony and Opinions of Robert
9   Sinclair Regarding Stress-Induced Martensite, hereby GRANTS Medtronic's Admin Motion.
10   The following documents shall be filed under seal:
11   1.   Ex. 1 to the Declaration of Joshua C. Walsh-Benson in support of Medtronic's
12   Opposition to AGA's Motion to Bifurcate Trial Into Two Phases ("Walsh-Benson Decl. ISO
13   Opposition"), which is an excerpt of the deposition transcript of Jackie Robinson (December 12,
14   2008).
15   2.   Ex. 2 to the Walsh-Benson Decl. ISO Opposition, which is an excerpt of the
16   deposition transcript of Gary Thill (November 21, 2008).
17   3.   Ex. 3 to the Walsh-Benson Decl. ISO Opposition, which is a copy of AGA
18   Medical Corporation DHF Review Record # DHF 002 bearing bates numbers AGA-MED
19   0002058-0002061.
20   4.   Ex. 4 to the Walsh-Benson Decl. ISO Opposition, which is a copy of AGA
21   Medical Corporation DHF Review Record # DHF 003 bearing bates numbers AGA-MED
22   0064893-0064896.
23   5.   The unredacted version of Medtronic's Opposition to AGA's Motion to Exclude
24   the Testimony and Opinions of Robert Sinclair Regarding Stress-Induced Martensite.
25
26   **IT IS SO ORDERED.**
    Dated: June 3                , 2009
27                                                         _____
                                                           HONORABLE MAXINE M. CHESNEY
                                                           UNITED STATES DISTRICT JUDGE
28

- 1 -   ~~[PROPOSED]~~ ORDER GRANTING MEDTRONIC'S
        ADMIN MOTION TO FILE DOCS UNDER SEAL
        CASE NO. C07-00567 MMC