Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone: (202) 756-3369
Facsimile: (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>**DECLARATION OF LANCE A. LAWSON IN SUPPORT OF AGA'S MOTIONS *IN LIMINE*** |

I, Lance A. Lawson, declare as follows:

1. I am an attorney at law licensed to practice in the state of North Carolina. I am a partner in the law firm of Alston & Bird LLP, counsel for Defendant AGA Medical Corporation ("AGA"). I have knowledge of all of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of *Medtronic's Responses to AGA's First Requests for Admission*, dated May 21, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of *Defendant's Third Set of Interrogatories (Nos. 9-12)*, dated October 15, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of *Medtronic's Responses to Defendants' Third Set of Interrogatories (Nos. 9-12)*, dated November 28, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of *AGA's Amended Notice of Deposition of Medtronic Pursuant to Federal Rule of Civil Procedure 30(b)(6)*, dated October 27, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of *Plaintiffs' Objections and Responses to Defendant's Amended Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6)*, dated December 5, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of *Plaintiffs' Supplemental Responses to Defendant AGA Medical Corporation's Third Set of Interrogatories (Nos. 9-12)*, dated December 5, 2008. **[FILED UNDER SEAL]**

8. Attached hereto as Exhibit 7 is a true and correct copy of Medtronic's license agreement with Boston Scientific, which Medtronic produced to AGA during the course of this litigation. **[FILED UNDER SEAL]**

9. Attached hereto as Exhibit 8 is a true and correct copy of Medtronic's license agreement with Cook, which Medtronic produced to AGA during the course of this litigation. **[FILED UNDER SEAL]**

10. Attached hereto as Exhibit 9 is a true and correct copy of Medtronic's license agreement with ev3, which Medtronic produced to AGA during the course of this litigation. **[FILED UNDER SEAL]**

11. Attached hereto as Exhibit 10 is a true and correct copy of Medtronic's license agreement with Johnson & Johnson, which Medtronic produced to AGA during the course of this litigation. **[FILED UNDER SEAL]**

12. Attached hereto as Exhibit 11 is a true and correct copy of Medtronic's license agreement with Lombard, which Medtronic produced to AGA during the course of this litigation. **[FILED UNDER SEAL]**

13. Attached hereto as Exhibit 12 is a true and correct copy of Raychem's (Medtronic's predecessor-in-interest) license agreement with Mitek, which Medtronic produced to AGA during the course of this litigation. **[FILED UNDER SEAL]**

14. Attached hereto as Exhibit 13 is a true and correct copy of an offer for license that Medtronic made to Transvascular, which Medtronic produced to AGA during the course of this litigation. **[FILED UNDER SEAL]**

15. Attached hereto as Exhibit 14 is a true and correct copy of Medtronic's license agreement with U.S. Surgical, which Medtronic produced to AGA during the course of this litigation. **[FILED UNDER SEAL]**

16. Attached hereto as Exhibit 15 is a true and correct copy of an email from Michelle Yang, counsel for Medtronic, dated December 8, 2008.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the deposition of David Adams (December 9-10, 2008), Medtronic's designee pursuant to Fed. R. Civ. P. 30(b)(6).

18. Attached hereto as Exhibit 17 is a true and correct copy of *Plaintiffs' Second Supplemental Response to AGA Medical Corporation's Interrogatory No. 12*, dated December 18, 2008.

19. Attached hereto as Exhibit 18 is a true and correct copy of a Patent Assignment Agreement executed on August 28, 1996 between Raychem Corporation and Medtronic, Inc. and produced to AGA during the course of this litigation as M-AGA229222—M-AGA 229254. **[FILED UNDER SEAL]**

20. Attached hereto as Exhibit 19 is a true and correct copy of an excerpt from the deposition of David Adams (December 10, 2008), Medtronic's designee pursuant to Fed. R. Civ. P. 30(b)(6). **[FILED UNDER SEAL]**

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the deposition of Paul M. Janicke (Feb. 24, 2009), Medtronic's expert witness. **[FILED UNDER SEAL]**

22. Attached hereto as Exhibit 21 is a true and correct copy of the Expert Report of Commissioner Goffney (which AGA originally served on Medtronic on January 23, 2009) that Mr. Janicke produced at his deposition and includes Mr. Janicke's annotations. **[FILED UNDER SEAL]**

23. Attached hereto as Exhibit 22 is a true and correct copy of the Expert Rebuttal Report of Paul M. Janicke, dated February 6, 2009. **[FILED UNDER SEAL]**

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the deposition of Jeffrey Feinstein, M.D. (Feb. 11, 2009), Medtronic's expert witness.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the deposition of Charles Mullins, M.D. (Feb. 16, 2009), AGA's expert witness. **[FILED UNDER SEAL]**

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the deposition of Derek Wise (Nov. 20, 2008), an AGA employee. **[FILED UNDER SEAL]**

27. Attached hereto as Exhibit 26 is a true and correct copy of AGA Medical Corporation Sales By Product, AGA-MED 0044216-221. **[FILED UNDER SEAL]**

28. Attached hereto as Exhibit 27 is a true and correct copy of ASEAN Medical Device Regulatory Integration, *Medical Product Outsourcing*, Jan./Feb. 2009, available at http://www.mpo-mag.com/articles/2009/01/asean-medical-device-regulatory-integration.

29. Attached hereto as Exhibit 28 is a true and correct copy of *Medtronic's Final Amended Infringement Contentions* ("FICs").

30. Attached hereto as Exhibit 29 is a true and correct copy of *Plaintiff Medtronic's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*, dated May 4, 2007.

31. Attached hereto as Exhibit 30 is a true and correct copy of an Email from Diana Moralez to AGA Counsel, dated December 5, 2008.

32. Attached hereto as Exhibit 31 is a true and correct copy of *Plaintiff Medtronic's First Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*, dated December 5, 2008.

33. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the Deposition of David Adams (Dec. 9, 2008), Medtronic's designee pursuant to Fed. R. Civ. P. 30(b)(6). **[FILED UNDER SEAL]**

34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the Expert Report of Robert Sinclair, Ph.D., dated January 23, 2009.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the Expert Report of Jeffrey Feinstein, M.D., Medtronic's expert witness.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the deposition of Robert Sinclair, Ph.D. (Feb. 12, 2009), Medtronic's expert witness.

37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts of the Expert Rebuttal Report of Robert Sinclair, Ph.D., Medtronic's expert witness.

38. Attached hereto as Exhibit 37 is a true and correct copy of an excerpt of the Expert Report of Robert Sinclair, Ph.D., Medtronic's expert witness.

39. Attached hereto as Exhibit 38 is true and correct copy of an excerpt of the Expert Report of Jeffrey Feinstein, M.D., Medtronic's expert witness.

40. Attached hereto as Exhibit 39 is a true and correct copy of excerpts of the deposition of James Nikolai (Dec. 19, 2008). **[FILED UNDER SEAL]**

41. Attached hereto as Exhibit 40 is a true and correct copy of the Nikolai Letter to John Oslund of AGA Medical, dated May 25, 2004.

42. Attached hereto as Exhibit 41 is a true and correct copy of the Nikolai Letter to John Oslund of AGA Medical, dated May 27, 2004.

43. Attached hereto as Exhibit 42 is a true and correct copy of excerpts of the deposition of John Barr (Dec. 4, 2008). **[FILED UNDER SEAL]**

44. Attached hereto as Exhibit 43 is a true and correct copy of excerpts of the deposition transcript of Thomas Nikolai (Dec. 18, 2008).

45. Attached hereto as Exhibit 44 is a true and correct copy of the Supplemental Rebuttal Expert Report of Paul M. Janicke.

46. Attached hereto as Exhibit 45 is a true and correct copy of excerpts of the file history of U.S. Patent No. 6,306,141.

47. Attached hereto as Exhibit 46 is a true and correct copy of U.S. Patent No. 6,306,141.

48. Attached hereto as Exhibit 47 is a true and correct copy of the file history of U.S. Patent No. 5,597,378.

49. Attached hereto as Exhibit 48 is a true and correct copy of excerpts of the deposition of Paul M. Janicke (May 18, 2009). **[FILED UNDER SEAL]**

50. Attached hereto as Exhibit 49 is a true and correct copy of excerpts of the deposition of David Adams (Dec. 9-10, 2008). **[FILED UNDER SEAL]**

51. Attached hereto as Exhibit 50 is a true and correct copy of excerpts of the deposition of David Adams (Feb. 3, 2009). **[FILED UNDER SEAL]**

52. Attached hereto as Exhibit 51 is a true and correct copy of excerpts of the deposition transcript of Christopher Zarins, M.D.

53. Attached hereto as Exhibit 52 is a true and correct copy of excerpts of the Supplemental Rebuttal Expert Report of Christopher Zarins, M.D.

54. Attached hereto as Exhibit 53 is a true and correct copy of excerpts of the Expert Rebuttal Report of Christopher Zarins, M.D.

55. Attached hereto as Exhibit 54 is a true and correct copy of U.S. Patent No. 5,190,546.

56. Attached hereto as Exhibit 55 is a true and correct copy of email correspondence between Lance Lawson, counsel for AGA, and Michelle Yang, counsel for Medtronic, dated Feb. 4-5, 2009.

57. Attached hereto as Exhibit 56 is a true and correct copy of excerpts from the deposition of Robert Sinclair, Ph.D., Vol. II (Feb. 12, 2009), Medtronic's expert witness.

58. Attached hereto as Exhibit 57 is a true and correct copy of excerpts from the deposition of Robert Sinclair, Ph.D., Vol. I (Feb. 11, 2009), Medtronic's expert witness. **[FILED UNDER SEAL]**

59. Attached hereto as Exhibit 58 is a true and correct copy of an excerpt of the Expert Report of Robert Sinclair, Ph.D. (Jan. 23, 2009), Medtronic's expert. **[FILED UNDER SEAL]**

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on June 9, 2009 at Charlotte, North Carolina.

/s/ LANCE A. LAWSON
Lance A. Lawson

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 9th day of June 2009, with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| James J. Elacqua, Esq. | james.elacqua@dechert.com |
| Noemi C. Espinosa, Esq. | nicky.espinosa@dechert.com |
| Ellen J. Wang, Esq. | ellen.wang@dechert.com |
| Michelle W. Yang, Esq. | michelle.yang@dechert.com |
| Hieu H. Phan, Esq. | hieu.phan@dechert.com |
| Andrew N. Thomases, Esq. | andrew.thomases@dechert.com |
| Joshua C. Walsh-Benson, Esq. | joshua.walsh-benson@dechert.com |
| Karen D. McDaniel | kmcdaniel@merchantgould.com |

By /s/ LANCE A. LAWSON
Lance A. Lawson

Attorney for Defendant
AGA MEDICAL CORPORATION