Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone: (202) 756-3369
Facsimile: (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING AGA'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION TO BIFURCATE TRIAL INTO TWO PHASES UNDER SEAL |

1  Before this Court is AGA's Administrative Request to File Documents in Support of Its

2  Reply in Support of its Motion to Bifurcate Trial into Two Phases under Seal, filed June 5, 2009.

3  Having considered AGA's Motion, the accompanying declaration and documents filed therewith,
   and no opposition having been filed, the Court hereby GRANTS
4  ~~and the documents filed in response thereto~~, AGA´s Motion ~~is hereby GRANTED~~.

5  The following documents will be filed under seal:

6  - Expert Report of Christopher A. Vellturo, Ph.D., dated January 23, 2009, Exhibit 1 to
7  the Declaration of Lance A. Lawson (the "Lawson Decl."), filed June 5, 2009

8  - Expert Report of Michael J. Wagner, dated February 6, 2009, Exhibit 2 to the Lawson
9  Decl., filed June 5, 2009.

11 IT IS SO ORDERED.

13 Dated: __June 11_____, 2009

   _____
   HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING AGA'S ADMIN. REQ. TO
FILE DOCS ISO ITS REPLY ISO ITS MOTION TO BIFURCATE
TRIAL INTO TWO PHASES UNDER SEAL
CASE NO. 3:07-cv-00567 MMC (EMC)