1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C07-00567 MMC<br><br>~~[PROPOSED]~~ ORDER GRANTING MEDTRONIC'S ADMINISTRATIVE MOTION TO FILE THE PARTIES' JOINT PRETRIAL STATEMENT UNDER SEAL PURSUANT TO CIV. L.R. 79-5(d) |
|---|---|

1  This Court, having considered Medtronic's Administrative Motion to File the Parties'
2  Joint Pretrial Statement Under Seal Pursuant to Civ. L.R. 79-5(d) ("Medtronic's Administrative
3  Motion"), and the declarations of Marissa R. Ducca and ~~Declaration~~ of James Elacqua in Support of Medtronic's Administrative
4  Motion to File the Parties' Pretrial Statement Under Seal Pursuant to Civ. L.R. 79-5(d), hereby
5  GRANTS Medtronic's Administrative Motion.
6  The following document will be filed under seal:
7  1. The unredacted version of the parties' Joint Pretrial Statement.

9  **IT IS SO ORDERED.**
10  Dated: June 16, 2009

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING MEDTRONIC'S
ADMIN MOTION TO JOINT PRETRIAL STATEMENT
UNDER SEAL / CASE NO. C07-00567 MMC