1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11         SAN FRANCISCO DIVISION

12

13   MEDTRONIC, INC., a Minnesota               Case No. C07-00567 MMC
     corporation, MEDTRONIC USA, INC., a
14   Minnesota corporation, and MEDTRONIC       **[PROPOSED] ORDER GRANTING**
     VASCULAR, INC., a Delaware corporation,    **MEDTRONIC'S ADMINISTRATIVE**
15                                              **MOTION TO FILE DOCUMENTS**
                                                **UNDER SEAL PURSUANT TO CIV. L.R.**
16              Plaintiffs,                     **79-5(d) IN SUPPORT OF MEDTRONIC'S**
                                                **MOTIONS IN LIMINE REGARDING**
17        v.                                    **AGA'S ALLEGED ALTERNATIVES TO**
                                                **PRACTICING THE PATENTS-IN-SUIT**
18   AGA MEDICAL CORPORATION, a
     Minnesota corporation,
19
                Defendant.
20

21

22

23

24

25

26

27

28

1     This Court, having considered Medtronic's Administrative Motion to File Documents

2  Under Seal Pursuant to Civ. L.R. 79-5(d) in support of Medtronic's Motions in Limine Regarding

3  AGA's Alleged Alternatives to Practicing the Patents-in-Suit ("Medtronic's Admin Motion"), and
   declarations of Marissa R. Ducca and

4  the �̶D̶e̶c̶l̶a̶r̶a̶t̶i̶o̶n̶ ̶o̶f̶ ̶D̶e̶c̶l̶a̶r̶a̶t̶i̶o̶n̶ ̶o̶f̶ Joshua C. Walsh-Benson in Support of Medtronic's

5  Administrative Motion to file Documents Under Seal Pursuant to Civ. L.R. 79-5(d) in Support of

6  Medtronic's Motions in Limine Regarding AGA's Alleged Alternatives to Practicing the Patents-

7  in-Suit, hereby GRANTS Medtronic's Admin Motion.

8     The following documents shall be filed under seal:

9     1.     Exhibit 14 to the Declaration of Joshua C. Walsh-Benson in Support of

10  Medtronic's Motions in Limine ("Walsh-Benson Decl. in Support of Motions in Limine") ̶i̶s̶

11  (excerpts from the Expert Report of Michael J. Wagner, Volume 1 (February 6, 2009) ̶.̶ )

12     2.     Exhibit 15 to the Walsh-Benson Decl. in Support of Motions in Limine ̶i̶s̶ (excerpts

13  from the deposition transcript of Mike Wagner (February 19, 2009) ̶.̶ )

14     3.     Exhibit 16 to the Walsh-Benson Decl. in Support of Motions in Limine ̶i̶s̶ (excerpts

15  from the Confidential Expert Rebuttal Report of Charles E. Mullins, M.D. Pursuant to Fed. R.

16  Civ. P.26(a)(2)(B), (February 6, 2009) ̶.̶ )

17     4.     The unredacted version of Medtronic's Motion in Limine No. 10 (AGA Should be

18  Precluded from Presenting Evidence or Arguments Regarding Alleged Alternatives to Practicing

19  the Patents-in-Suit at Trial)/.

20

21  **IT IS SO ORDERED.**
   Dated: _____June 16_____, 2009

22                                              _____
                                                HONORABLE MAXINE M. CHESNEY

23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28