1  Steven D. Hemminger (Bar No. 110665)
   ALSTON & BIRD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Suite 400
3  Palo Alto, California 94306-2112
   Telephone:    (650) 838-2000
4  Facsimile:    (650) 838-2001
   steve.hemminger@alston.com
5
   Michael S. Connor (admitted *pro hac vice*)
6  Lance A. Lawson (admitted *pro hac vice*)
   Brian F. McMahon (Bar No. 235373)
7  ALSTON & BIRD LLP
   101 South Tryon Street, Suite 4000
8  Charlotte, North Carolina 28280-4000
   Telephone:    (704) 444-1000
9  Facsimile:    (704) 444-1111
   mike.connor@alston.com
10 lance.lawson@alston.com
   brian.mcmahon@alston.com
11
   Marissa R. Ducca (admitted *pro hac vice*)
12 ALSTON & BIRD LLP
   950 F Street, N.W.
13 Washington, DC 20004-1404
   Telephone:    (202) 756-3369
14 Facsimile:    (202) 654-4982
   marissa.ducca@alston.com
15
16 Attorneys for Defendant AGA MEDICAL CORPORATION

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20 MEDTRONIC, INC., a Minnesota corporation,     Case No. 3:07-cv-00567 MMC (EMC)
   MEDTRONIC USA, INC., a Minnesota
21 corporation, and MEDTRONIC VASCULAR,          [PROPOSED] ORDER GRANTING AGA'S
   INC., a Delaware corporation,                 ADMINISTRATIVE REQUEST TO
22                                               BRING EQUIPMENT INTO THE U.S.
                                                 COURTHOUSE FOR USE AT THE
23                  Plaintiffs,                  DAUBERT HEARING

24        v.

25
   AGA MEDICAL CORPORATION, a
26 Minnesota corporation,

27                  Defendant.

1 | Before this Court is AGA's Administrative Request to bring equipment into the courthouse on June 19, 2009. The Court hereby GRANTS AGA's Administrative Request.

Aquipt, AGA's hardware equipment rental vendor, and Resonant Legal Media AGA's technical firm, and their associates are ~~also~~ authorized to bring ~~this equipment~~ the equipment listed in their request filed June 17, 2009 into Courtroom 7 on the 19th floor. In addition, each attorney and staff for the Defendants to this action may bring a laptop computer for use in the courtroom. Court staff, including Assistant U.S. Marshals on duty, is directed to allow and facilitate the activities set forth above.

IT IS SO ORDERED.

Dated: June 18, 2009

*Maxine M. Chesney* (signature)
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING AGA'S
ADMINISTRATIVE REQUEST TO BRING EQUIPMENT
INTO THE COURTHOUSE
CASE NO. 3:07-cv-00567 MMC (EMC)