Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:   (650) 838-2000
Facsimile:   (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone:   (704) 444-1000
Facsimile:   (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone:   (202) 756-3369
Facsimile:   (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING AGA'S ADMINISTRATIVE REQUEST TO FILE ITS OPPOSITION TO MEDTRONIC'S MOTION *IN LIMINE* NO. 10 AND DOCUMENTS ISO ITS OPPOSITION UNDER SEAL |

1  Before this Court is AGA's Administrative Request to File its Opposition to Medtronic's

2  Motion *in Limine* No. 10 and Documents ISO its Opposition under seal. Having considered AGA's

3  Motion and the ~~accompanying declaration~~, declarations of Marissa R. Ducca and Joshua C. Walsh-Benson filed in support thereof, and good cause appearing, the Court hereby GRANTS

4  AGA's Motion.

5  The following documents will be filed under seal:

6  • The confidential version of AGA's Opposition to Medtronic's Motion *in Limine*

7    No. 10.

8  • The Declaration of Jackie Robinson in Support of AGA's Opposition to

9    Medtronic's Motion *in Limine* No. 10.

10 • Exhibits 1, 3, and 4 to the Declaration of Lance A. Lawson in Support of AGA's

11   Oppositions to Medtronic's Motions *in Limine*.

12

13  IT IS SO ORDERED.

14

15  Dated: June 24, 2009               _____
                                        HONORABLE MAXINE M. CHESNEY
16                                      UNITED STATES DISTRICT JUDGE