1   Steven D. Hemminger (Bar No. 110665)
    ALSTON & BIRD LLP
2   Two Palo Alto Square
    3000 El Camino Real, Suite 400
3   Palo Alto, California  94306-2112
    Telephone:     (650) 838-2000
4   Facsimile:     (650) 838-2001
    steve.hemminger@alston.com
5
    Michael S. Connor (admitted *pro hac vice*)
6   Lance A. Lawson (admitted *pro hac vice*)
    Brian F. McMahon (Bar No. 235373)
7   ALSTON & BIRD LLP
    101 South Tryon Street, Suite 4000
8   Charlotte, North Carolina  28280-4000
    Telephone:     (704) 444-1000
9   Facsimile:     (704) 444-1111
    mike.connor@alston.com
10  lance.lawson@alston.com
    brian.mcmahon@alston.com
11
    Marissa R. Ducca (admitted *pro hac vice*)
12  ALSTON & BIRD LLP
    950 F Street, N.W.
13  Washington, DC  20004-1404
    Telephone:     (202) 756-3369
14  Facsimile:     (202) 654-4982
    marissa.ducca@alston.com
15
    Attorneys for Defendant AGA MEDICAL CORPORATION
16

17               UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20  MEDTRONIC, INC., a Minnesota corporation,      Case No. 3:07-cv-00567 MMC (EMC)
    MEDTRONIC USA, INC., a Minnesota
21  corporation, and MEDTRONIC VASCULAR,           ~~[PROPOSED]~~ **ORDER GRANTING IN**
    INC., a Delaware corporation,                  **PART AND DENYING IN PART**
22                                                 **MEDTRONIC'S ADMINISTRATIVE**
                                                   **REQUEST TO FILE DOCUMENTS**
23                 Plaintiffs,                     **UNDER SEAL PURSUANT TO CIV. L. R.**
                                                   **79-5(b), (c), AND (d) IN SUPPORT OF**
24         v.                                      **MEDTRONIC'S OPPOSITIONS TO**
                                                   **AGA'S MOTIONS *IN LIMINE***
25  AGA MEDICAL CORPORATION, a
26  Minnesota corporation,

27                 Defendant.

1        Before this Court is Medtronic's Administrative Motion to File Documents Under Seal

2   Pursuant to Civ. L. R. 79-5(b), (c), and (d) in Support of Medtronic's Oppositions to AGA's Motions

3   *in Limine*.  Having considered Medtronic's Request, the Declaration of Joshua C. Walsh-Benson in

4   Support of Medtronic's Administrative Motion to File Documents Under Seal Pursuant to Civ. L.R.

5   79-5(b), (c), and (d) in support of Medtronic's Oppositions to AGA's Motions *in Limine*, and the

6   Declaration of Marissa R. Ducca in Support of Medtronic's Administrative Motion to File

7   Documents Under Seal Pursuant to Civ. L.R. 79-5(b), (c), and (d) in Support of Medtronic's

8   Oppositions to AGA's Motions *in Limine*, and good cause appearing, the Court hereby GRANTS

9   Medtronic's request to file the following documents under seal:

10          •   The entirety of Exhibit Nos. 1, 4, 12, 16, 17, 19, 21, 22, 24, 26, 27, 31, 34, 35, 36,

11             37, 73, 74, and 75 to the Declaration of Joshua C. Walsh-Benson in Support of

12             Medtronic's Oppositions to AGA's Motions *in Limine*.

13          •   The unredacted versions of Medtronic's Oppositions to AGA's Motions *in Limine*

14             Nos. 1, 10, and 12.

15        With respect to exhibit 84 to the Declaration of Joshua C. Walsh-Benson in Support of

16   Medtronic's Opposition to AGA's Motions *in Limine*, and Medtronic's Oppositions to AGA's Motion

17   in Limine No. 15, AGA has indicated that ~~they do~~ it does not seek to seal these documents.  Therefore, with

18   respect to Exhibit 84 to the Declaration of Joshua C. Walsh-Benson in Support of Medtronic's

19   Opposition to AGA's Motions *in Limine*, and Medtronic's Oppositions to AGA's Motion in Limine

20   No. 15, Medtronic's request is DENIED., and the Clerk shall file such documents in the public record.

21        IT IS SO ORDERED.

22

23   Dated: ___June 24_____, 2009

                  HONORABLE MAXINE M. CHESNEY

24                     UNITED STATES DISTRICT JUDGE

25

26

27

[PROPOSED] ORDER GRANTING IN PART AND
DENYING IN PART MEDTRONIC'SADMINISTRATIVE
REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:07-cv-00567 MMC (EMC)