Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone: (202) 756-3369
Facsimile: (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART MEDTRONIC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIV. L.R. 79-5(C) AND (D) IN SUPPORT OF THE DECLARATION OF ROBERT SINCLAIR, Ph.D. RESPONDING TO QUESTIONS RAISED AT JUNE 19, 2009 HEARING |

1  Before this Court is Medtronic's Administrative Motion to File Documents Under Seal
2  Pursuant to Civ. L. R. 79-5 (c), and (d) in Support of the Declaration of Robert Sinclair, Ph.D.
3  Responding to Questions Raised at June 19, 2009 Hearing.  Having considered Medtronic's Request,
4  the Declaration of Noemi C. Espinosa in Support of Medtronic's Administrative Motion to File
5  Documents Under Seal Pursuant to Civ. L.R. 79-5(c) and (d) in Support of the Declaration of Robert
6  Sinclair, Ph.D. Responding to Questions Raised at June 19, 2009 Hearing, and the Declaration of
7  Marissa R. Ducca in Support of Medtronic's Administrative Motion to File Documents Under Seal
8  Pursuant to Civ. L.R. 79-5(c) and (d) in Support of the Declaration of Robert Sinclair, Ph.D.
9  Responding to Questions Raised at June 19, 2009 Hearing, and good cause appearing, the Court
10 hereby GRANTS Medtronic's request to file the following documents under seal:

- The entirety of Exhibit Nos. 3 and 4 to the Declaration of Robert Sinclair, Ph.D. Responding to Questions Raised at June 19, 2009 Hearing ("Sinclair Dec.").
- The unredacted version of the Sinclair Dec., with the exception of ~~the portion~~ the material sought to be redacted at page 5, lines 10-13, 18, 23, and 26-27. ~~from the Deposition of Robert Sinclair, PhD, February 11, 2009.~~

With respect to exhibit 1 to the Sinclair Dec., and the above-referenced portions of the Sinclair Dec. citing to that exhibit, AGA has indicated that they do not seek to seal these documents.  Therefore, with respect to Exhibit 1 to the Sinclair Dec., and the above-referenced portions of the Sinclair Dec. citing to Exhibit 1, Medtronic's request is DENIED.  Medtronic shall file in the public record, no later than July 2, 2009, Exhibit 1 to the Sinclair Decl. and a redacted version of the Sinclair Decl., redacting only the material found to be sealable herein.

IT IS SO ORDERED.

Dated: __June 30__, 2009

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART MEDTRONIC'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:07-cv-00567 MMC (EMC)