Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:    (650) 838-2000
Facsimile:     (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone:    (704) 444-1000
Facsimile:     (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone:    (202) 756-3369
Facsimile:     (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING AGA'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS IN SUPPORT OF ITS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION *IN LIMINE* (#5) TO EXCLUDE ANY ARGUMENT BY MEDTRONIC THAT AGA INFRINGES U.S. PATENT NO. 6,306,141 UNDER 35 U.S.C. § 271(f) UNDER SEAL |

1 | Before this Court is AGA's Administrative Request to File Documents in Support of its
2 | Supplemental Brief in Support of Its Motion *in Limine* (#5) to Exclude Any Argument by Medtronic
3 | that AGA Infringes U.S. Patent No. 6,306,141 under 35 U.S.C. § 271(f) under Seal, filed June 25,
4 | 2009. Having considered AGA's Motion, the accompanying declaration and documents filed
5 | therewith, ~~and the documents filed in response thereto~~ and no opposition having been filed, the Court hereby GRANTS AGA's Motion ~~is hereby GRANTED~~.

   The following document will be filed under seal:
   - The unredacted version of ~~Excerpts from~~ the Deposition Transcript of Derek Wise ~~(pages 41-42, 50-53, 65-66, 88-90, 116, and 163)~~, Ex. D to the Declaration of Lance A. Lawson ("the Lawson Decl."), filed June 25, 2009.

IT IS SO ORDERED.

Dated: July 2, 2009

*[signature]*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING AGA'S ADMIN. REQ. TO FILE
DOCS ISO ITS SUPPL. BRIEF ISO MIL #5 UNDER SEAL
CASE NO. 3:07-cv-00567 MMC (EMC)