Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:    (650) 838-2000
Facsimile:    (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone:    (704) 444-1000
Facsimile:    (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone:    (202) 756-3369
Facsimile:    (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE U.S. COURTHOUSE FOR USE AT TRIAL |

1    Before this Court is a Joint Administrative Request to bring equipment into the courthouse on
                                                    the
2    July 2, 2009. The Court hereby GRANTS ~~AGA's~~ Administrative Request.
              the parties'
3    Aquipt, ~~The Parties~~ hardware equipment rental vendor, and Resonant Legal Media, technical
                                            the equipment listed in the request filed July 2, 2009
4    firm, and their associates are ~~also~~ authorized to bring ~~this equipment~~ into Courtroom 7 on the 19th
                                                        parties'
5    floor. In addition, each attorney and staff for the ~~Defendants~~ to this action may bring a laptop

6    computer for use in the courtroom. Court staff, including Assistant U.S. Marshals on duty, is

7    directed to allow and facilitate the activities set forth above.

9    IT IS SO ORDERED.

11   Dated: __July 2_____, 2009           *Maxine M. Chesney*
                                                HONORABLE MAXINE M. CHESNEY
12                                              UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING AGA'S
ADMINISTRATIVE REQUEST TO BRING EQUIPMENT
INTO THE COURTHOUSE
CASE NO. 3:07-cv-00567 MMC (EMC)