**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **June 23, 2009**

**C-07-0567   - MMC**

**MEDTRONIC, INC., et al          vs          AGA MEDICAL CORPORATION**

| Attorneys: | James Elacqua, Andrew Thomases, | Steven Hemminger, Michael Connor |
|---|---|---|
| | Hieu Phan, Joshua Walsh-Benson, | Lance Lawson, Brian McMahon |
| | Noemi Espinosa, Michelle Yang, | |
| | Tina Soriano | |

Deputy Clerk: **TRACY LUCERO**          Reporter:   **Sahar McVickar**

**PROCEEDINGS:**                                                                                 **RULING:**

1. Deft's Motion to Bifurcate Trial into Two Phases          Denied

2. Deft's Motion to Exclude Testimony & Opinions of Robert Sinclair          Further briefing Due 6/29/09
   Re: Stress-Induced Martensite

3. Pltf's In Limine Motion #1: To Preclude Deft Presenting Evidence          Denied w/o prej
   Re: To Equitable Defenses or Double Patenting Defenses

4. Pltf's In Limine Motion #2: To Preclude Deft From Discussing Unasserted          Granted
   Claims & the Summary Judgment Rulings

5. Pltf's In Limine Motion #3: To Preclude Deft From Presenting Amplatz Video          Granted in part/ Denied in part

6. Pltf's In Limine Motion #4: To Preclude Deft From Proffering Evidence          Granted
   Or Argument That Dr. Cragg is a Prior Inventor

7. Pltf's In Limine Motion #5: To Preclude Deft From Presenting Evidence          Denied as Moot
   Re: Invalidity for Prior Knowledge Of Jervis Invention Re: Dr. Cragg

8. Pltf's In Limine Motion #6: To Preclude Deft From Proffering Evidence          Denied w/o prej
   Re: Previously Undisclosed Invalidity Defenses Re: Cragg Stent

9. Pltf's In Limine Motion #7: To Preclude Deft From Using the Cragg II Paper          Denied w/o prej

10. Pltf's In Limine Motion #8: To Preclude Deft From Using Dr. Duerig's          Granted Protective Order
    Recreated Cragg-Type Stent & Filter Devices

11. Pltf's In Limine Motion #9: To Preclude Deft From Proffering Evidence          Granted
    Re: Steel Music-Wire Device

12. Pltf's In Limine Motion #10: To Preclude Deft From Presenting Evidence          Denied w/o prej
    Re: Alleged Alternatives to Practicing the Patents-in-Suit at Trial

13. Pltf's In Limine Motion #11: To Preclude Deft From Presenting Evidence          Denied as moot

| | |
|---|---|
| Re: Statutory Double Patenting of the '141 Patent | |
| 14. Deft's In Limine Motion #1: To Preclude Pltf From Introducing Evidence of Any Marking of Licensees' Products & Ntc Prior to Service of Complaint | Granted in part/ Denied in part |
| 15. Deft's In Limine Motion # 2: To Exclude Evidence of Standing to Sue | Denied w/o prej |
| 16. Deft's In Limine Motion #3 To Exclude Testimony of Paul Janicke Re: Inequitable Conduct | Denied w/o prej |
| 17. Deft's In Limine Motion #4 To Exclude Evidence Re: FDA Approval | Denied w/o prej |
| 18. Deft's In Limine Motion #5 To Exclude Argument Re: Infringement Patent 141 | Further Briefing Due 6/25 & 6/29 |
| 19. Deft's In Limine Motion #6 To Preclude Deft From Offering Evidence Re: Dr. Cragg's Conception or Appreciation of Invention | Denied w/o prej |
| 20. Deft's In Limine Motion #7 To Exclude Certain Witnesses Disclosed On Last Day of Fact Discovery | Continued to 7/1/09 at 9:00 a.m. |
| 21. Deft's In Limine Motion #8 To Exclude Any Opinions By Pltf's Experts That Exceed Their Expertise | Continued to 7/1/09 at 9:00 a.m. |
| 22. Deft's In Limine Motion #9 To Exclude Claim of Infringement Under Doctrine of Equivalents | Continued to 7/1/09 at 9:00 a.m. |
| 23. Deft's In Limine Motion #10 To Exclude Evidence of Willfulness | Continued to 7/1/09 at 9:00 a.m. |
| 24. Deft's In Limine Motion #11 To Exclude Testimony in Prof Janicke's May 11th Supplemental Rebuttal Expert Report | Denied w/o prej |
| 25. Deft's In Limine Motion #12 To Preclude Pltf From Introducing Any Evidence as to when Pltf first knew of any alleged infringement | Denied w/o prej |
| 26. Deft's In Limine Motion #13 To Exclude the Testimony of Christopher Zarins Re: Obviousness-Type Double Patenting | Denied w/o prej |
| 27. Deft's In Limine Motion #14 To Preclude Pltf From Introducing Evidence Of Infringement Under 35 USC Sec. 271(f)(1) &(2) | Continued to 7/1/09 at 9:00 a.m. |
| 28. Deft's In Limine Motion #15 to Exclude Evidence by Professor Sinclair To Extent Not Contained in his Expert Reports | Continued to 7/1/09 at 9:00 a.m. |
| 29. Deft's Administrative Request to Present Arguments Addressing Inequitable Conduct, Double Patenting & Standing Prior to Jury Trial | Denied |

( ) Status Conference      (X) P/T Conference      ( ) Case Management Conference

**ORDERED DURING HEARING:**

Court imposed time limits of 20 hours per side (does not include opening or closing arguments). Jury of 8 to be seated.
Court approved the parties' agreement re: playing of videotaped deposition testimony, specifically, 48 hours before testimony is to be played, the offering party must designate the portions to be played, and then the parties will try to work out any objections; if they can't work out all of their objections, they will bring them to the Court.

Continued
P/T Conference Date 7/1/09 at 9:00 a.m.          Trial Date 7/6/09 at 9:00 a.m Set for 7 days
                    Type of Trial:   (X )Jury     ( )Court