Steven D. Hemminger (State Bar No. 110665) (Steve.hemminger@alston.com)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2122
Telephone: 650-838-2000
Facsimile: 650-838-2001

Attorneys for Defendant
AGA MEDICAL CORPORATION

Kirk T. Bradley (N.C. State Bar No. 26490) (kirk.bradley@alston.com)
ALSTON & BIRD LLP
Bank of America Plaza
101 S. Tryon Street, Suite 4000
Telephone: 704-444-1114
Facsimile: 704-444-1111

Attorneys for Defendant
AGA MEDICAL CORPORATION
*Pending Pro Hac Vice Admission*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA Medical Corporation, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC<br><br>The Honorable Maxine M. Chesney<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Kirk T. Bradley, an active member in good standing of the bar of the State of North Carolina, whose business address and telephone number ~~(particular court to which applicant is admitted)~~ are:

|   |   |
|---|---|
| ~~North Carolina State Bar~~ | Alston & Bird LLP |
| ~~208 Fayetteville Street~~ | Bank of America Plaza Building |
| ~~Post Office Box 25908~~ | 101 South Tryon Street |
| ~~Raleigh, NC 27611-5908~~ | Charlotte, NC 28280-4000 |
| ~~(919) 828-4620~~ | Telephone: 704-444-1000 |

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing AGA Medical Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 6, 2009

Maxine M. Chesney
United States District Judge

Case No. 3:07-cv-00567

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

2

LEGAL02/31389121v1