1  Steven D. Hemminger (Bar No. 110665)
   ALSTON & BIRD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Suite 400
3  Palo Alto, California 94306-2112
   Telephone:    (650) 838-2000
4  Facsimile:    (650) 838-2001
   steve.hemminger@alston.com
5
   Michael S. Connor (admitted *pro hac vice*)
6  Lance A. Lawson (admitted *pro hac vice*)
   Brian F. McMahon (Bar No. 235373)
7  ALSTON & BIRD LLP
   101 South Tryon Street, Suite 4000
8  Charlotte, North Carolina 28280-4000
   Telephone:    (704) 444-1000
9  Facsimile:    (704) 444-1111
   mike.connor@alston.com
10 lance.lawson@alston.com
   brian.mcmahon@alston.com
11
   Marissa R. Ducca (admitted *pro hac vice*)
12 ALSTON & BIRD LLP
   950 F Street, N.W.
13 Washington, DC 20004-1404
   Telephone:    (202) 756-3369
14 Facsimile:    (202) 654-4982
   marissa.ducca@alston.com
15
16 Attorneys for Defendant AGA MEDICAL CORPORATION

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                          SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation, | Case No. 3:07-cv-00567 MMC (EMC) |
| 23                Plaintiffs, | [PROPOSED] ORDER GRANTING AGA'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS JUNE 29, 2009 FILINGS |
| 24       v. | |
| 25  AGA MEDICAL CORPORATION, a Minnesota corporation, | |
| 27                Defendant. | |

1  Before this Court is AGA's Administrative Request to File Documents Under Seal in
2  Support of its June 29, 2009 filings. Having considered AGA's Motion, the accompanying
3  declaration and documents filed therewith, and ~~the documents filed in response thereto~~, no opposition having been filed, the Court hereby GRANTS AGA's
4  Motion ~~is hereby GRANTED~~.

5  The following documents will be filed under seal:

- The unredacted version of The Declaration of Thomas W. Duerig Regarding the June 23, 2009 Sinclair Declaration, dated June 29, 2009; ~~3:16, 3:21-22, 4:7, 4:18, 6:17, 6:25, 7:5-13, 8:2-14, 8:25, 10:1-28, 11:1-2, 11:16-18, 12:1-16~~.

- Exhibit 4 to the Declaration of Thomas W. Duerig Regarding the June 23, 2009 Sinclair Declaration, dated June 29, 2009: Transformation Temperatures of Nitinol Wire by DSC.

- Exhibit 5 to the Declaration of Thomas W. Duerig Regarding the June 23, 2009 Sinclair Declaration, dated June 29, 2009: Standard Terminology for Nickel-Titanium Shape Memory Alloys.

- Exhibit 12 to the Declaration of Thomas W. Duerig Regarding the June 23, 2009 Sinclair Declaration, dated June 29, 2009: DSC Study of Nitinol Wires used in AGA Medical Amplatzer ® Septal Devices, dated June 29, 2009.

- The unredacted version of The Declaration of Professor Bhattacharya Regarding the June 23, 2009 Sinclair Declaration, dated June 29, 2009; ~~4:5-7, 5:11, 5:26-27, 7:9-10, 7:22, 7:26-28~~.

IT IS SO ORDERED.

Dated: July 7, 2009

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING AGA'S ADMIN. REQ. TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS JUNE 29, 2009 FILINGS
CASE NO. 3:07-cv-00567 MMC (EMC)