Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:   (650) 838-2000
Facsimile:    (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone:   (704) 444-1000
Facsimile:    (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone:   (202) 756-3369
Facsimile:    (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING AGA'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION *IN LIMINE* |

1  Before this Court is AGA's Administrative Request to File Documents Under Seal in
2  Support of its Motion *In Limine* to exclude testimony reflected in the June 23, 2009 Sinclair
3  Declaration. Having considered AGA's Motion, the accompanying declaration and documents filed
   no opposition having been filed, the Court hereby GRANTS
4  therewith, and ~~the documents filed in response thereto~~, AGA's Motion ~~is hereby GRANTED~~.
5  The following documents will be filed under seal:
6  • Exhibit 1 of the Hemminger Declaration in Support of AGA's Motion *in Limine* to Exclude
7  Testimony Reflected in the June 23, 2009 Sinclair Declaration: The Expert Report of Robert
8  Sinclair, Ph.D. Pursuant to Fed. R. Civ. P. 26(a)(2)(B), dated January 23, 2009.
9  • Exhibit 2 of the Hemminger Declaration in Support of AGA's Motion *in Limine* to Exclude
10 Testimony Reflected in the June 23, 2009 Sinclair Declaration: The Expert Rebuttal Report
11 of Prof. Kaushik Bhattacharya Pursuant to Fed. R. Civ. P. 26(a)(2)(B), dated February 6,
12 2009.
13 • Exhibit 3 of the Hemminger Declaration in Support of AGA's Motion *in Limine* to Exclude
14 Testimony Reflected in the June 23, 2009 Sinclair Declaration: The Expert Rebuttal Report
15 of Robert Sinclair, Ph.D. Pursuant to Fed. R. Civ. P. 26(a)(2)(B), dated February 6, 2009.
16 • Exhibit 4 of the Hemminger Declaration in Support of AGA's Motion *in Limine* to Exclude
17 Testimony Reflected in the June 23, 2009 Sinclair Declaration: Excerpts from the deposition
18 transcript of Robert Sinclair, Ph.D., Volume II, held on February 12, 2009.
19 • Exhibit 5 of the Hemminger Declaration in Support of AGA's Motion *in Limine* to Exclude
20 Testimony Reflected in the June 23, 2009 Sinclair Declaration: Excerpts from the deposition
21 transcript of Robert Sinclair, Ph.d., Volume I, held on February 11, 2009.
22 • The unredacted version of AGA's Motion *in Limine* to Exclude Testimony Reflected in the June 23, 2009 Sinclair
23 Declaration; ~~3:27-28, 4:1-4, 5:14-28, 6:1-2, 6:13-20, 7:6-17, 8:8-12, 9:9-11, 9:13-16, 9:23-~~
24 ~~26, 10:1-15, 10:18-21, 10:25-26, 11:13-17, 11:19, 12:4-5~~.

IT IS SO ORDERED.

Dated: July 7, 2009

_____
Maxine M. Chesney
United States District Judge

~~[PROPOSED]~~ ORDER GRANTING AGA'S ADMIN. REQ. TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION *IN LIMINE*
CASE NO. 3:07-cv-00567 MMC (EMC)

1