1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C07-00567 MMC<br><br>[PROPOSED] ORDER GRANTING MEDTRONIC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b) AND (d) IN SUPPORT OF MEDTRONIC'S BENCH BRIEF REGARDING THE STANDARDS FOR CONTRIBUTORY INFRINGEMENT AND WHY EVIDENCE AND ARGUMENT REGARDING AGA'S OPINION OF COUNSEL AND THE 2004 MEETINGS ARE IRRELEVANT AND SHOULD BE PRECLUDED |

1  This Court, having considered Medtronic's Administrative Motion to File Documents Under Seal Pursuant to Civ. L.R. 79-5(b) and (d) in support of Medtronic's Bench Brief Regarding the Standards for Contributory Infringement and Why Evidence and Argument Regarding AGA's Opinion of Counsel and the 2004 Meetings are Irrelevant and Should be Precluded ("Admin. Motion"), the Declaration of Tina Soriano in Support of Medtronic's Admin. Motion, and ~~any declaration filed by AGA~~ the declaration of Marissa R. Ducca in support of Medtronic's Admin. Motion, hereby GRANTS Medtronic's Admin. Motion.

The following documents shall be filed under seal:

1. The entirety of Exhibit 3 to the Declaration of Tina Soriano in Support of Medtronic's Bench Brief Regarding the Standards for Contributory Infringement and Why Evidence and Argument Regarding AGA's Opinion of Counsel and the 2004 Meetings are Irrelevant and Should be Precluded.

**IT IS SO ORDERED.**

Dated: July 13 _____, 2009

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE