IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC. et al., | No. C-07-0567 MMC |
| Plaintiffs, | **ORDER DENYING AGA'S ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| AGA MEDICAL CORPORATION, | |
| Defendant. | |

Before the Court is defendant AGA Medical Corporation's ("AGA") "Administrative Request to File Its Response to Medtronic's Submission in Response to the Court's Inquiry on July 9, 2009 Regarding the Issue of Marking under Seal," filed July 13, 2009, by which AGA seeks to file under seal the unredacted version of such response. AGA states portions of its response contain information designated confidential by plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc. (collectively, "Medtronic").

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civ. L.R. 79-5(d). "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Id. "If the designating party

does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record." Id.

Here, Medtronic has not filed a responsive declaration within the time provided under Civil Local Rule 79-5(d). Accordingly, the motion is hereby DENIED, and the Clerk shall file in the public record the unredacted version of AGA's Response to Medtronic's Submission in Response to the Court's Inquiry on July 9, 2009 Regarding the Issue of Marking.

**IT IS SO ORDERED.**

Dated:  July 27, 2009

MAXINE M. CHESNEY
United States District Judge