1
2
3
4
5
6
7
8

9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO DIVISION
12

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C07-00567 MMC<br><br>[PROPOSED] ORDER GRANTING MEDTRONIC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIV. L.R. 79-5(c) AND (d) IN SUPPORT OF MEDTRONIC'S BENCH BRIEF REGARDING ADMISSIBILITY OF ASPEN RESEARCH CORPORATION DOCUMENTS PURSUANT TO F.R.E. § 803(6)—TRIAL EXHIBIT 118 |

1  This Court, having considered Medtronic's Administrative Motion to File Documents
2  Under Seal Pursuant to Civ. L.R. 79-5(c) and (d) in Support of Medtronic's Bench Brief
3  Regarding Admissibility Of Aspen Research Corporation Documents Pursuant to F.R.E. §
4  803(6)—Trial Exhibit 118 ("Admin Motion"), the Declaration of Noemi C. Espinosa in Support
5  of Medtronic's Admin Motion, and ~~any declaration filed by AGA~~ the declaration of Marissa R. Ducca in support of Medtronic's
6  Admin Motion, hereby GRANTS Medtronic's Admin Motion.

    The following document shall be filed under seal:

    1.  Exhibit No. 1 to the Declaration of Noemi C. Espinosa in Support of Medtronic's Bench Brief Regarding Admissibility of Aspen Research Corporation Documents Pursuant to F.R.E. § 803(6)—Trial Exhibit 118, containing third party Aspen Research Corporation highly confidential information.

**IT IS SO ORDERED.**

Dated: July 27, 2009

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING MEDTRONIC'S
ADMIN MOTION TO FILE DOCS UNDER SEAL
CASE NO. C07-00567 MMC