Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone: (202) 756-3369
Facsimile: (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART MEDTRONIC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, DOCKET NO. 830 |

|   |   |
|---|---|
| 1 | Before this Court is Medtronic's Administrative Motion to File Documents Under Seal |
| 2 | Pursuant to Civ. L. R. 79-5 (B), (c), and (d) in Support of Medtronic's Motion to Admit the Certified |
| 3 | Transcript of the FDA's September 10, 2001 Circulatory System Devices Panel Meeting (Trial Ex. |
| 4 | 2458) and Opposition to AGA's Motion to Exclude Same.  Having considered Medtronic's Request, |
| 5 | the Declaration of Andrew N. Thomases in Support of Medtronic's Motion to Admit the Certified |
| 6 | Transcript of the FDA's September 10, 2001 Circulatory System Devices Panel Meeting (Trial Ex. |
| 7 | 2458) and Opposition to AGA's Motion to Exclude Same, and the Declaration of Marissa R. Ducca |
| 8 | in Support of Medtronic's Administrative Motion to File Documents Under Seal Pursuant to Civ. |
| 9 | L.R. 79-5(b), (c), and (d), Dkt. No. 830, and good cause appearing, the Court hereby GRANTS |
| 10 | Medtronic's request to file the following documents under seal: |

   a. The entirety of Exhibits 1 and 2 to the Declaration of Andrew N. Thomases in Support of Medtronic's Motion to Admit the Certified Transcript of the FDA's September 10, 2001 Circulatory System Devices Panel Meeting (Trial Ex. 2458) and Opposition to AGA's Motion to Exclude Same (Thomases Motion Dec.)

   With respect to the unredacted version of Medtronic's Motion to Admit the Certified Transcript of the FDA's September 10, 2001 Circulatory System Devices Panel Meeting (Trial Ex. 2458) and Opposition to AGA's Motion to Exclude Same, AGA has indicated that they do not seek to seal ~~these~~ that documents.  Therefore, with respect to that document, Medtronic's request is DENIED, and Medtronic shall file such document in the public record no later than July 31, 2009.

   IT IS SO ORDERED.

Dated: July 28 _____, 2009

*[signature]*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING IN PART AND
DENYING IN PART MEDTRONIC'S ADMINISTRATIVE
REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:07-cv-00567 MMC (EMC)