United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC. et al.,

       Plaintiffs,

 v.

AGA MEDICAL CORPORATION,

       Defendant.

_____/

No. C-07-0567 MMC

**ORDER DENYING AGA'S
ADMINISTRATIVE REQUEST TO FILE
DOCUMENTS UNDER SEAL**

Before the Court is defendant AGA Medical Corporation's ("AGA") "Administrative Request to File under Seal Its Motion to Preclude Medtronic from Submitting Any Additional Evidence Related to Marking under 35 U.S.C. § 287 and Documents in Support Thereof," filed July 14, 2009, by which AGA seeks to file under seal the unredacted version of such motion and 11 documents submitted in support thereof. AGA states portions of its motion, as well as the above-referenced 11 documents, contain information designated confidential by plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc. (collectively, "Medtronic").

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civ. L.R. 79-5(d). "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated

information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality."  Id.  "If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record."  Id.

Here, Medtronic has not filed a responsive declaration within the time provided under Civil Local Rule 79-5(d).  Accordingly, the motion is hereby DENIED, and the Clerk shall file in the public record the unredacted version of AGA's Motion to Preclude Medtronic from Submitting Any Additional Evidence Related to Marking under 35 U.S.C. § 287, as well as Exhibits 2, 3, 4, 5, 6, 7, 8, 9, 10, 14, and 15 to the Declaration of Brian F. McMahon in support of AGA's motion.

**IT IS SO ORDERED.**

Dated:  July 30, 2009

MAXINE M. CHESNEY
United States District Judge