1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C07-00567 MMC<br><br>~~[PROPOSED]~~ ORDER GRANTING MEDTRONIC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b) and (d) IN SUPPORT OF MEDTRONIC'S BENCH BRIEF TO PRECLUDE TESTIMONY REGARDING REFERENCES NOT DISCLOSED IN EXPERT REPORT OF DR. THOMAS W. DUERIG |
|---|---|

1  This Court, having considered Medtronic's Administrative Motion to File Documents
2  Under Seal Pursuant to Civ. L.R. 79-5(b) and (d) in support of Medtronic's Bench Brief To
3  Preclude Testimony Regarding References Not Disclosed in Expert Report of Dr. Thomas W.
4  Deurig ("Medtronic's Admin Motion"), and the Declaration of Michelle W. Yang in Support of
5  Medtronic's Admin Motion, hereby GRANTS Medtronic's Admin Motion.
6  The following document shall be filed under seal:
7  1.  Exhibit No. 1 to the Declaration of Michelle W. Yang in Support of Medtronic's
8  Bench Brief To Preclude Testimony Regarding References Not Disclosed in Expert Report of Dr.
9  Thomas W. Deurig, containing third party Memry Corporation's highly confidential information.

**IT IS SO ORDERED.**

Dated: July 30, 2009

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MEDTRONIC'S
ADMIN MOTION TO FILE DOCS UNDER SEAL
CASE NO. C07-00567 MMC