UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C07-00567 MMC<br><br>[PROPOSED] ORDER GRANTING MEDTRONIC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b), (c), AND (d) IN SUPPORT OF MEDTRONIC'S SUPPLEMENTAL BENCH BRIEF IN SUPPORT OF ITS REQUEST TO ADMIT DOCUMENTARY EVIDENCE CONTAINING AGA'S ADMISSIONS REGARDING "SUPERELASTIC" PROPERTIES IN THE ACCUSED DEVICES |

1    This Court, having considered Medtronic's Administrative Motion to File Documents

2 Under Seal Pursuant to Civ. L.R. 79-5(b), (c), and 79-5(d) in support of Medtronic's

3 Supplemental Bench Brief in Support of Its Request to Admit Documentary Evidence Containing

4 AGA's Admissions Regarding "Superelastic" Properties in the Accused Devices ("Medtronic's

5 Admin Motion"), and the ~~Declaration of~~ ^declarations of Marissa R. Ducca and^ Andrew N. Thomases in support of Medtronic's Admin

6 Motion, hereby GRANTS Medtronic's Admin Motion.

7    The following documents shall be filed under seal:

8    1.   The unredacted version of Medtronic's Supplemental Bench Brief in Support of Its

9 Request to Admit Documentary Evidence Containing AGA's Admissions Regarding

10 "Superelastic" Properties in the Accused Devices; and

11   2.   The entirety of Trial Exhibit Nos. 2482, 2480, 2483, 2481, 2479, 377, and 378

12 attached to the Declaration of Andrew N. Thomases in Support of Medtronic's Supplemental

13 Bench Brief in Support of Its Request to Admit Documentary Evidence Containing AGA's

14 Admissions Regarding "Superelastic" Properties in the Accused Devices.

16   **IT IS SO ORDERED.**

17   Dated: July 31 _____, 2009

                                    _____
                                    HONORABLE MAXINE M. CHESNEY
18                                  UNITED STATES DISTRICT JUDGE