UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>              Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>              Defendant. | Case No. C07-00567<br><br>**VERDICT FORM** |

# VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## INFRINGEMENT

### 1. Direct Infringement of '141 Patent

Has Medtronic proven by a preponderance of the evidence that all models and sizes of the AGA Occluder products when subjected to the load test by AGA meet every requirement of the following claim? Please answer "YES" or "NO."

**'141 Patent**

Claim 18    Yes ✓    No ____

Please answer the next question.

### 2a. Contributory Infringement of '141 Patent

For all models and sizes of the AGA Occluder products, has Medtronic proven by a preponderance of the evidence that AGA contributes to the infringement of any of the following claims? Please answer "YES" or "NO."

**'141 Patent**

Claim 1     Yes ✓    No ____
Claim 2     Yes ✓    No ____
Claim 5     Yes ✓    No ____
Claim 17    Yes ✓    No ____
Claim 18    Yes ✓    No ____
Claim 21    Yes ✓    No ____

Please answer the next question.

**2b.     Contributory Infringement of '141 Patent**

For all models and sizes of the AGA Vascular Plug products, has Medtronic proven by a preponderance of the evidence that AGA contributes to the infringement of any of the following claims?  Please answer "YES" or "NO."

**'141 Patent**

Claim 1     Yes ✓     No ____
Claim 17    Yes ✓     No ____

Please answer the next question.

**3.     Contributory Infringement of '957 Patent**

For all models and sizes of the following AGA products: AMPLATZER® Septal Occluder, Multi-Fenestrated Septal Occluder, PFO Occluder, Duct Occluder I, Membranous VSD Occluder, Muscular VSD Occluder, P.I. Muscular VSD Occluder, and Vascular Plug I, has Medtronic proven by a preponderance of the evidence that AGA contributes to the infringement of any of the following claims?  Please answer "YES" or "NO."

**'957 Patent**

Claim 1     Yes ✓     No ____
Claim 5     Yes ✓     No ____
Claim 6     Yes ✓     No ____
Claim 10    Yes ✓     No ____
Claim 11    Yes ✓     No ____
Claim 16    Yes ✓     No ____
Claim 17    Yes ✓     No ____

Please answer the next question.

4. **Infringement Through the Supply of Components of the Patented Invention to Another Country**

Has Medtronic proven by a preponderance of the evidence that AGA supplied components of the patented invention to others in another country for all models and sizes of the following AGA products: AMPLATZER® Septal Occluder, Multi-Fenestrated Septal Occluder, PFO Occluder, Duct Occluder I, Membranous VSD Occluder, Muscular VSD Occluder, P.I. Muscular VSD Occluder, and Vascular Plug I? Please answer "YES" or "NO."

**'957 Patent**

| Claim | Yes | No |
|---|---|---|
| Claim 1 | ✓ | |
| Claim 5 | ✓ | |
| Claim 6 | ✓ | |
| Claim 10 | ✓ | |
| Claim 11 | ✓ | |
| Claim 16 | ✓ | |
| Claim 17 | ✓ | |

Please answer the next question.

## INVALIDITY DEFENSES

5. **Anticipation**

Has AGA proven by clear and convincing evidence that any of the following claims of the '141 and '957 patents were anticipated, or in other words, not new? Please answer "YES" or "NO."

**'141 Patent**

| Claim | Yes | No |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |
| Claim 5 | | ✓ |
| Claim 17 | | ✓ |
| Claim 18 | | ✓ |
| Claim 21 | | ✓ |

**'957 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes___ | No ✓ |
| Claim 5 | Yes___ | No ✓ |
| Claim 6 | Yes___ | No ✓ |
| Claim 10 | Yes___ | No ✓ |
| Claim 11 | Yes___ | No ✓ |
| Claim 16 | Yes___ | No ✓ |
| Claim 17 | Yes___ | No ✓ |

Please answer the next question.

6.   **Obviousness**

Has AGA proven by clear and convincing evidence that any of the claims of the '141 and '957 patents would have been obvious to a person of ordinary skill in the art at the time of the invention? Please answer "YES" or "NO."

**'141 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes___ | No ✓ |
| Claim 2 | Yes___ | No ✓ |
| Claim 5 | Yes___ | No ✓ |
| Claim 17 | Yes___ | No ✓ |
| Claim 18 | Yes___ | No ✓ |
| Claim 21 | Yes___ | No ✓ |

**'957 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes___ | No ✓ |
| Claim 5 | Yes___ | No ✓ |
| Claim 6 | Yes___ | No ✓ |
| Claim 10 | Yes___ | No ✓ |
| Claim 11 | Yes___ | No ✓ |
| Claim 16 | Yes___ | No ✓ |
| Claim 17 | Yes___ | No ✓ |

1  If you found that any claims of the '141 or '957 patents have been infringed and are not
2  invalid, please answer the following two questions.

### DAMAGES

4  7.  What is the reasonable royalty rate (in %) that should be applied to AGA's
5  infringing sales? ___11___ %

6  8.  What is the total amount of damages (in dollars) that Medtronic should be awarded
7  for AGA's infringement? $57,807,189.00

11  Signed this _5_ day of _August_, 2009

*[signature]*
JURY FOREPERSON