1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC. et al.,                              No. C-07-0567 MMC

       Plaintiffs,                              **ORDER DENYING MEDTRONIC'S**
                                           **ADMINISTRATIVE MOTION TO FILE**
  v.                              **DOCUMENTS UNDER SEAL**

AGA MEDICAL CORPORATION,

       Defendant.
_____/

     Before the Court is plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic
Vascular, Inc.'s (collectively, "Medtronic") Administrative Motion to File Documents under
Seal, filed July 30, 2009, by which Medtronic seeks to file under seal the unredacted
version of its Submission in Support of its Final Proposed Jury Instructions No. 26 and four
documents submitted in support thereof.  Medtronic states portions of its submission, as
well the above-referenced four documents, contain information designated confidential by
defendant AGA Medical Corporation ("AGA").

     Under the Local Rules of this District, where a party seeks to file under seal any
material designated as confidential by another party, the submitting party must file a motion
for a sealing order.  See Civ. L.R. 79-5(d).  "Within five days thereafter, the designating
party must file with the Court and serve a declaration establishing that the designated
information is sealable, and must lodge and serve a narrowly tailored proposed sealing

1   order, or must withdraw the designation of confidentiality."  Id.  "If the designating party

2   does not file its responsive declaration as required by this subsection, the document or

3   proposed filing will be made part of the public record."  Id.

4        Here, AGA has not filed a responsive declaration within the time provided under Civil

5   Local Rule 79-5(d).  Accordingly, the motion is hereby DENIED, and the Clerk shall file in

6   the public record the unredacted version of Medtronic's Submission in Support of its Final

7   Proposed Jury Instructions No. 26, as well as Exhibits 1, 2, 3, and 6 to the Declaration of

8   Hieu H. Phan in support thereof.

9        **IT IS SO ORDERED.**

10

11   Dated:  August 11, 2009

12                                       MAXINE M. CHESNEY
                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28