| | |
|---|---|
| 1 | STEVEN D. HEMMINGER (Bar No. 110665) |
| 2 | ALSTON & BIRD LLP<br>Two Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306-2112 |
| 4 | Telephone: (650) 838-2029<br>Facsimile: (650) 838-2001 |
| 5 | steve.hemminger@alston.com |
| 6 | MICHAEL S. CONNOR (*pro hac vice*)<br>LANCE A. LAWSON (*pro hac vice*) |
| 7 | BRIAN F. McMAHON (Bar No. 235373)<br>ALSTON & BIRD LLP |
| 8 | 101 S. Tryon Street, Suite 4000 |
| 9 | Charlotte, NC 28280-4000<br>Telephone: (704) 444-1000 |
| 10 | Facsimile: (704) 444-1770<br>mike.connor@alston.com |
| 11 | lance.lawson@alston.com |
| 12 | Marissa R. Ducca (admitted *pro hac vice*)<br>ALSTON & BIRD LLP |
| 13 | 950 F Street, N.W.<br>Washington, DC  20004-1404 |
| 14 | Telephone:    (202) 756-3369<br>Facsimile:     (202) 654-4982 |
| 15 | marissa.ducca@alston.com |
| 16 | Attorneys for Defendant AGA MEDICAL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation*,*<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

MOTION FOR WITHDRAWAL OF COUNSEL
CASE No. 3:07-cv-00567 MMC (EMC)

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Kirk T. Bradley is hereby removed as one of Defendant AGA Medical Corporation's counsel of record in the above-titled action and should be removed from the Court's ECF e-mail service list. Mr. Bradley is leaving the firm of Alston & Bird LLP to begin service as a law clerk at the U.S Court of Appeals for the Federal Circuit. All other counsel of record from the law firm of Alston & Bird LLP will continue to represent AGA Medical Corporation in this matter.

Dated: August 13, 2009            Respectfully submitted,

                                                  /s/ Lance A. Lawson
                                                Lance A. Lawson
                                                ALSTON & BIRD LLP
                                                Bank of America Plaza
                                                101 S. Tryon Street, Suite 4000
                                                Charlotte, NC 28280-4000
                                                Attorneys for Defendant
                                                AGA Medical Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Counsel was served upon the following parties on August 13, 2009 by electronic delivery, addressed as follows:

| | |
|---|---|
| James J. Elacqua, Esq. | james.elacqua@dechert.com |
| Noemi C. Espinosa, Esq. | nicky.espinosa@dechert.com |
| Ellen J. Wang, Esq. | ellen.wang@dechert.com |
| Michelle W. Yang, Esq. | michelle.yang@dechert.com |
| Philip Barilovits, Esq. | philip.barilovits@dechert.com |
| Hieu H. Phan, Esq. | hieu.phan@dechert.com |
| Andrew N. Thomases | andrew.thomases@dechert.com |
| Joshua C. Walsh-Benson | joshua.walsh-benson@dechert.com |
| Karen D. McDaniel | kmcdaniel@dechert.com |

By /s/ Lance A. Lawson
LANCE A. LAWSON

Attorneys for Defendant

AGA MEDICAL CORPORATION