United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al., | No. C 07-567 MMC |
| Plaintiffs, | **ORDER REFERRING CASE TO MAGISTRATE JUDGE JOSEPH C. SPERO FOR SETTLEMENT CONFERENCE** |
| v. | |
| AGA MEDICAL CORPORATION, | |
| Defendant. | |

The Court having been requested to set a hearing date on the remaining motions for summary judgment, filed previously, as well as on an additional motion for which leave to file has been requested, the above-titled action is hereby REFERRED to Magistrate Judge Joseph C. Spero for a settlement conference to be conducted as soon as his calendar will permit.

Counsel will be advised of the date and time of such conference, as well as any required submissions in connection therewith, by Magistrate Judge Spero.

**IT IS SO ORDERED.**

Dated: October 6, 2009

MAXINE M. CHESNEY
United States District Judge