IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AGA MEDICAL CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 07-567 MMC<br><br>**ORDER DENYING MEDTRONIC'S MOTION FOR ADMINISTRATIVE RELIEF; SETTING HEARING DATE ON MEDTRONIC'S OUTSTANDING MOTIONS FOR SUMMARY JUDGMENT** |

      Before the Court is plaintiff Medtronic, Inc.'s "Motion for Administrative Relief from the Court's Pretrial Preparation Order Deadline to File a Dispositive Motion Concerning AGA's Defense of Obviousness-Type Double Patenting ("OTDP")," filed October 2, 2009. As defendant AGA Medical Corporation points out, irrespective of whether Medtronic learned of the OTDP defense at a time subsequent to the dispositive motion filing cut-off, once Medtronic concededly was apprised of the defense, Medtronic had ample opportunity to seek leave to file a dispositive motion long before it did so.

      Accordingly, Medtronic's Motion is hereby DENIED.

      At Medtronic's request, Medtronic's motions for summary judgment on the issues of equitable estoppel and inequitable conduct are hereby SET for hearing on November 20, 2009 at 9:00 a.m.

      **IT IS SO ORDERED.**

Dated: October 14, 2009

MAXINE M. CHESNEY
United States District Judge