James J. Elacqua (CSB No. 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CSB No. 116753)
nicky.espinosa@dechert.com
Andrew N. Thomases (CSB No. 177339)
andrew.thomases@dechert.com
Michelle W. Yang (CSB No. 215199)
michelle.yang@dechert.com
Hieu H. Phan (CSB No. 218216)
hieu.phan@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California  94040-1499
Telephone:     (650) 813-4800
Facsimile:      (650) 813-4848

Attorneys for Plaintiff
MEDTRONIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>                    Defendant. | Case No. C07-00567 MMC<br>AMENDED ORDER RE:<br>**JOINT REQUEST FOR FURTHER STATUS CONFERENCE ~~AND~~ ~~[PROPOSED] ORDER~~** |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT REQUEST FOR FURTHER STATUS
CONFERENCE AND [PROPOSED] ORDER
CASE NO. C07-00567 MMC

Having met and conferred, the parties respectfully and jointly request a further status conference before the Court, either in person or telephonically at the Court's discretion, to attend to pretrial and trial scheduling issues related to the bench trial currently set to begin on December 7, 2009.

Dated: October 27, 2009          Respectfully submitted,

DECHERT LLP


By: /s/ Noemi C. Espinosa
    James J. Elacqua
    Noemi C. Espinosa
    Andrew N. Thomases
    Michelle W. Yang
    Hieu H. Phan

    Attorneys for Plaintiff
    MEDTRONIC, INC.

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

JOINT REQUEST FOR FURTHER STATUS
CONFERENCE AND [PROPOSED] ORDER
CASE NO. C07-00567 MMC

1  Having read the parties' Joint Request for Further Status Conference, it is ORDERED as
2  follows:
3  The parties' are hereby ORDERED to appear at a further status conference on
4  _____November 12__, 2009, at 2:00  a.m./p.m.,
5  ☒ by telephone          ☐ in person.

6
7  **IT IS SO ORDERED.**
8  Dated: _____November 2_____, 2009    _____
9  HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

JOINT REQUEST FOR FURTHER STATUS
CONFERENCE AND [PROPOSED] ORDER
CASE NO. C07-00567 MMC