Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:   (650) 838-2000
Facsimile:   (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone:   (704) 444-1000
Facsimile:   (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Marissa R. Ducca (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Telephone:   (202) 756-3369
Facsimile:   (202) 654-4982
marissa.ducca@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, MEDTRONIC USA, INC., a Minnesota corporation, and MEDTRONIC VASCULAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE U.S. COURTHOUSE FOR USE AT THE HEARING ON NOVEMBER 20, 2009 |

Before this Court is a Joint Administrative Request to bring equipment into the courthouse on November 20, 2009. The Court hereby GRANTS the Joint Administrative Request.

Aquipt, The Parties hardware equipment rental vendor, and Resonant Legal Media, technical firm, and their associates are also authorized to bring this equipment into Courtroom 7 on the 19th floor. In addition, each attorney and staff for the Defendants to this action may bring a laptop computer for use in the courtroom. Court staff, including Assistant U.S. Marshals on duty, is directed to allow and facilitate the activities set forth above.

IT IS SO ORDERED.

Dated: _November 19_____, 2009

*Maxine M. Chesney*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING AGA'S
ADMINISTRATIVE REQUEST TO BRING EQUIPMENT
INTO THE COURTHOUSE
CASE NO. 3:07-cv-00567 MMC (EMC)