IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al., | No. C 07-567 MMC |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART MEDTRONIC'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT** |
| v. | |
| AGA MEDICAL CORPORATION, | |
| Defendant. | |

    Plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc.'s (collectively, "Medtronic") Motion for Summary Judgment of No Inequitable Conduct, filed February 27, 2009, came on regularly for hearing on November 20, 2009. James J. Elacqua and Andrew N. Thomases of Dechert LLP appeared on behalf of Medtronic. Steven D. Hemminger and Lance A. Lawson of Alston & Bird LLP appeared on behalf of defendant AGA Medical Corporation ("AGA").

    Having considered the papers filed in support of and in opposition to the motion, as well as the arguments of counsel, the Court, for the reasons stated on the record at the hearing, rules as follows:

    To the extent AGA's inequitable-conduct defense is based on (1) "prophetic examples," (2) the asserted failure of James Peterson and Jeffrey Sheldon to disclose to the Patent and Trademark Office ("PTO") the reference Hughes, M.D. & James L.,

<u>Evaluation of Nitinol for Use as a Material in the Construction of Orthopaedic Implants</u>, John Hopkins University School of Medicine (December 1976) ("Hughes"), and (3) the asserted failure of James Peterson to disclose to the PTO the reference Andrew Cragg, et al., <u>A New Percutaneous Vena Cava Filter</u>, American Journal of Roentgenology, 141 601-04 (1983) ("Cragg II") the motion is hereby DENIED as moot.

To the extent the defense is based on the asserted failure of Jeffrey Sheldon to disclose to the PTO the reference to Cragg II, the motion is hereby DENIED.

In all other respects, the motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: November 20, 2009

MAXINE M. CHESNEY
United States District Judge

2