IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>AGA MEDICAL CORPORATION,<br><br>  Defendant.<br>_____/ | No. C 07-567 MMC<br><br>**ORDER GRANTING MEDTRONIC'S MOTION FOR SUMMARY JUDGMENT AGAINST AGA'S EQUITABLE-ESTOPPEL AFFIRMATIVE DEFENSE AND COUNTERCLAIM** |

Plaintiffs Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc.'s (collectively, "Medtronic") Motion for Summary Judgment Against AGA's Equitable-Estoppel Affirmative Defense and Counterclaim, filed February 27, 2009, came on regularly for hearing on November 20, 2009. James J. Elacqua and Andrew N. Thomases of Dechert LLP appeared on behalf of Medtronic. Steven D. Hemminger and Lance A. Lawson of Alston & Bird LLP appeared on behalf of defendant AGA Medical Corporation.

Having considered the papers filed in support of and in opposition to the motion, as well as the arguments of counsel, the Court, for the reasons stated on the record at the hearing, hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: November 20, 2009

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge