Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
Miranda M. Olvera (admitted *pro hac vice*)
Jessica J. Sibley (admitted *pro hac vice*)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com

Attorneys for Defendant AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>**DECLARATION OF STEVEN D. HEMMINGER ISO AGA'S MOTION *IN LIMINE* TO PRECLUDE PROF. JANICKE'S TESTIMONY AND OPINIONS (1) REGARDING INEQUITABLE CONDUCT, AND (2) INCLUDED IN HIS SUPPL. REBUTTAL EXPERT REPORT REGARDING FILE HISTORIES, OBVIOUSNESS-TYPE DOUBLE PATENTING, AND APPLICABILITY OF 35 U.S.C. § 121** |

HEMMINGER DECL. ISO AGA'S MIL TO
PRECLUDE JANICKE – IC & RESTR. REQ.

CASE NO. 3:07-CV-00567-MMC

I, Steven D. Hemminger, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I am a partner in the law firm of Alston & Bird LLP, counsel for Defendant AGA Medical Corporation ("AGA"). I have knowledge of all of the following facts and, if called as a witness, could and would testify competently thereto:

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Paul M. Janicke, taken February 24, 2009.

3. Attached hereto as Exhibit 2 is an annotated copy of the Expert Report of Commission Larry Goffney, which Mr. Janicke produced at his deposition on February 24, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Rebuttal Report of Paul Janicke, dated February 6, 2009. [FILED UNDER SEAL]

5. Attached hereto as Exhibit 4 is a true and correct copy of the Supplemental Expert Report of Paul M. Janicke, dated May 11, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of the file history of U.S. Patent No. 5,597,378.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on November 23, 2009 at Palo Alto, California.

/s/ STEVEN D. HEMMINGER
Steven D. Hemminger

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 23rd day of November 2009, with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| James J. Elacqua, Esq. | james.elacqua@dechert.com |
| Noemi C. Espinosa, Esq. | nicky.espinosa@dechert.com |
| Ellen J. Wang, Esq. | ellen.wang@dechert.com |
| Michelle W. Yang, Esq. | michelle.yang@dechert.com |
| Hieu H. Phan, Esq. | hieu.phan@dechert.com |
| Andrew N. Thomases, Esq. | andrew.thomases@dechert.com |
| Joshua C. Walsh-Benson, Esq. | joshua.walsh-benson@dechert.com |
| Karen D. McDaniel | kmcdaniel@merchantgould.com |

By /s/  STEVEN D. HEMMINGER
   Steven D. Hemminger

Attorney for Defendant
AGA MEDICAL CORPORATION

HEMMINGER DECL. ISO AGA'S MIL TO PRECLUDE JANICKE – IC & RESTR. REQ.    3    CASE NO. 3:07-CV-00567-MMC