James J. Elacqua (CSB No. 187897)
james.elacqua@dechert.com
Noemi C. Espinosa (CSB No. 116753)
nicky.espinosa@dechert.com
Andrew N. Thomases (CSB No. 177339)
andrew.thomases@dechert.com
Michelle W. Yang (CSB No. 215199)
michelle.yang@dechert.com
Hieu H. Phan (CSB No. 218216)
hieu.phan@dechert.com
Joshua C. Walsh-Benson (CSB No. 228983)
joshua.walsh-benson@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040-1499
Telephone:    (650) 813-4800
Facsimile:    (650) 813-4848

Attorneys for Plaintiff
MEDTRONIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C07-00567 MMC<br><br>**DECLARATION OF JOSHUA C. WALSH-BENSON IN SUPPORT OF MEDTRONIC'S OPPOSITION TO AGA'S MOTION *IN LIMINE* TO EXCLUDE PROFESSOR JANICKE'S TESTIMONY AND OPINIONS (1) REGARDING INEQUITABLE CONDUCT, AND (2) INCLUDED IN HIS SUPPLEMENTAL REBUTTAL REPORT REGARDING FILE HISTORIES, OBVIOUSNESS-TYPE DOUBLE PATENTING, AND APPLICABILITY OF 35 U.S.C. § 121**<br><br>Date:    December 7, 2009<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 7, 19th Floor<br>Judge:   Honorable Maxine M. Chesney |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

WALSH-BENSON DEC. ISO MDT'S OPP TO AGA'S MIL
TO EXCLUDE PROFESSOR JANICKE'S TESTIMONY
AND OPINIONS/ CASE NO. C07-00567 MMC

I, Joshua C. Walsh-Benson, declare:

1. I am an attorney licensed to practice law in the State of California. I am employed by the law firm of Dechert LLP, counsel of record for plaintiff Medtronic, Inc., ("Medtronic") in this matter.

2. I make this declaration in support of Medtronic's Opposition to AGA's Motion *in Limine* to Exclude Professor Janicke's Testimony and Opinions (1) Regarding Inequitable Conduct, and (2) Included in his Supplemental Rebuttal Report Regarding File Histories, Obviousness-type Double Patenting, and Applicability of 35 U.S.C. § 121.

3. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

4. Attached hereto as Exhibit 1 is a true and correct copy of Examiner's Office Action dated 3/7/94, with bates number M-AGA 254984-254988.

5. Attached hereto as Exhibit 2 is a true and correct copy of Amendment date stamped 6/28/94, with bates number M-AGA 254990-255006.

6. Attached hereto as Exhibit 3 is a true and correct copy of Amendment date stamped 3/13/95, with bates number M-AGA 255032-255042.

7. Attached hereto as Exhibit 4 is a true and correct copy of the Curriculum Vitae of Paul M. Janicke.

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition Transcript of Paul Janicke, dated February 24, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of December, 2009, at Mountain View, California.

By: /s/ Joshua C. Walsh-Benson
Joshua C. Walsh-Benson

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

WALSH-BENSON DEC. ISO MDT'S OPP TO AGA'S MIL
TO EXCLUDE PROFESSOR JANICKE'S TESTIMONY
AND OPINIONS/ CASE NO. C07-00567 MMC

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 2nd day of December, 2009, with an electronic copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Steven D. Hemminger, Esq. | steve.hemminger@alston.com |
| Michael S. Connor, Esq. | mike.connor@alston.com |
| Lance A. Lawson, Esq. | lance.lawson@alston.com |
| Brian F. McMahon, Esq. | brian.mcmahon@alston.com |
| Marissa R. Ducca, Esq. | marissa.ducca@alston.com |
| Miranda M. Olvera, Esq. | miranda.olvera@alston.com |
| Jessica J. Sibley, Esq. | jessica.sibley@alston.com |

By:    Joshua C. Walsh-Benson
       Joshua C. Walsh-Benson

Attorney for Plaintiff
MEDTRONIC, INC.

13663345