1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>　　　　　　Defendant. | Case No. C07-00567 MMC<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM DURING TRIAL**<br><br>Trial:　　December 7, 2009<br>Time:　　9:00 a.m.<br>Location: Courtroom 7, 19th Floor<br>Judge:　　Honorable Maxine M. Chesney |

1   This Court having considered the Joint Administrative Request to Bring Electronic Equipment and Other Materials Into the Courtroom During Trial hereby GRANTS the Parties' Administrative Request.

Aquipt, the Parties' hardware equipment rental vendor, DecisionQuest, Medtronic's technical firm, Resonant Legal Media, AGA's technical firm, and their associates are also authorized to bring this equipment into Courtroom 7 on the 19th floor.  In addition, each attorney and staff for the Parties to this action may bring a laptop computer for use in the courtroom. Court staff, including Assistant U.S. Marshals on duty, are directed to allow and facilitate the activities set forth above.

**IT IS SO ORDERED.**

Dated: __December 4__, 2009

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE