CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: December 7, 2009

**The Honorable MAXINE M. CHESNEY**

**Clerk: Tracy Lucero**

**Court Reporter:** Connie Kuhl

Case No. **C-07-0567 MMC**    Case Name: Medtronic Inc et al vs AGA Medical Corp

Trial Began: **December 7, 2009**    Trial Ended: _____

| **Trial Motions Heard**: | **Disposition** |
|---|---|
| 1. Plaintiff's In Limine Motion No. 13 | Denied as Moot |
| 2. Defendant's In Limine Motion re: Safe Harbor | Denied without Prejudice |
| 3. Defendant's In Limine Motion to Preclude Testimony Of Dr. Zarins | Denied without Prejudice |
| 4. Defendant's In Limine Motion to Preclude Prof. Janicke's Testimony Re: Inequitable Conduct | Denied as Moot |
| 5. Defendant's In Limine Motion Re: Prof. Janicke's Rebuttal Expert Report Re: Double Patenting | Denied without Prejudice |
| 6. Plaintiff's In Limine Motion to Exclude Testimony Of Mr. Goffney as an Expert Re: Double Patenging | Granted |
| 7. Plaintiff's In Limine Motion No. 12 as to Dr. Duerig | Denied without Prejudice |

Other:

Counsel for defendant withdraws the defenses of laches and the remaining inequitable conduct defense.

Defendant's opening statement.  Plaintiff's opening statement.

Disposition of Exhibits:
    Defendant's Admitted Exhibit(s): 2489

(4 hrs 45 min)