| | |
|---|---|
| 1 | Steven D. Hemminger (Bar No. 110665) |
| | ALSTON & BIRD LLP |
| 2 | Two Palo Alto Square |
| | 3000 El Camino Real, Suite 400 |
| 3 | Palo Alto, CA 94306-2112 |
| | Telephone: (650) 838-2000 |
| 4 | Facsimile: (650) 838-2001 |
| | steve.hemminger@alston.com |
| 5 | |
| | Michael S. Connor (admitted *pro hac vice*) |
| 6 | Lance A. Lawson (admitted *pro hac vice*) |
| | Brian F. McMahon (Bar No. 235373) |
| 7 | Miranda M. Olvera (admitted *pro hac vice*) |
| | Jessica J. Sibley (admitted *pro hac vice*) |
| 8 | ALSTON & BIRD LLP |
| | 101 South Tryon Street, Suite 4000 |
| 9 | Charlotte, NC 28280-4000 |
| | Telephone: (704) 444-1000 |
| 10 | Facsimile: (704) 444-1111 |
| | mike.connor@alston.com |
| 11 | lance.lawson@alston.com |
| | brian.mcmahon@alston.com |
| 12 | miranda.sooter@alston.com |
| | jessica.sibley@alston.com |
| 13 | |
| 14 | Attorneys for Defendant AGA MEDICAL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, | Case No. 3:07-cv-00567 MMC (EMC) |
| Plaintiff, | **DECLARATION OF MICHAEL S. CONNOR ISO AGA'S MOTION TO PRECLUDE MR. JANICKE'S TESTIMONY REGARDING (1) SCOPE AND MEANING OF THE CLAIMS AND ANY PATENTABLE DISTINCTIONS AND (2) MATTERS OUTSIDE OF THE WRITTEN PROSECUTION HISTORIES** |
| v. | |
| AGA MEDICAL CORPORATION, a Minnesota corporation, | |
| Defendant. | |

I, Michael S. Connor, declare as follows:

1. I am an attorney at law licensed to practice in the state of North Carolina. I am a partner in the law firm of Alston & Bird LLP, counsel for Defendant AGA Medical Corporation ("AGA"). I have knowledge of all of the following facts and, if called as a witness, could and would testify competently thereto:

2. Attached hereto as Exhibit 1 is a true and correct copy of the Curriculum Vitae of Paul. M. Janicke.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Supplemental Rebuttal Expert of Paul M. Janicke, dated May 11, 2009.

3. Attached hereto as Exhibit 3 is a true and correct copy of the deposition of Paul M. Janicke, taken May 18, 2009.

4. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the deposition of Paul M. Janicke, taken February 24, 2009.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2009 at San Francisco, California.

/s/ MICHAEL S. CONNOR
Michael S. Connor

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 13th day of December 2009, with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| James J. Elacqua, Esq. | james.elacqua@dechert.com |
| Noemi C. Espinosa, Esq. | nicky.espinosa@dechert.com |
| Ellen J. Wang, Esq. | ellen.wang@dechert.com |
| Michelle W. Yang, Esq. | michelle.yang@dechert.com |
| Hieu H. Phan, Esq. | hieu.phan@dechert.com |
| Andrew N. Thomases, Esq. | andrew.thomases@dechert.com |
| Joshua C. Walsh-Benson, Esq. | joshua.walsh-benson@dechert.com |
| Karen D. McDaniel | kmcdaniel@merchantgould.com |

By /s/ MICHAEL S. CONNOR
   Michael S. Connor

Attorney for Defendant
AGA MEDICAL CORPORATION

CONNOR DECL. ISO AGA'S MOTION TO PRECLUDE JANICKE'S TESTIMONY     3     CASE NO. 3:07-CV-00567-MMC