1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>        Defendant. | Case No. C07-00567 MMC<br><br>**[PROPOSED] ORDER GRANTING MEDTRONIC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b), (c), AND (d) IN SUPPORT OF MEDTRONIC'S MOTIONS IN LIMINE NOS. 12 AND 13** |

[PROPOSED] ORDER GRANTING
MEDTRONIC'S ADMIN MOTION TO FILE
UNDER SEAL / CASE NO. C07-00567 MMC

1  This Court, having considered Medtronic's Administrative Motion to File Under Seal
2  Pursuant to Civ. L.R. 79-5(b), (c), and (d), and the Declaration of Michelle W. Yang in Support
3  of the Administrative Motion, hereby GRANTS Medtronic's Administrative Motion.
4  The following documents shall be filed under seal:
5  1. The unredacted version of Medtronic's Motion in Limine No. 13.
6  2. The Declaration of Thomas W. Duerig in Support of Its [AGA's] Motion for
7  Summary Judgment Re Double Patenting dated February 28, 2009 marked as Exhibit 2 to the
8  Declaration of Michelle W. Yang in Support of Medtronic's Motions in Limine Nos. 12 and 13.
9  3. The Deposition Transcript of John Barr (taken December 4, 2008) marked as
10 Exhibit 8 to the Declaration of Michelle W. Yang in Support of Medtronic's Motions in Limine
11 Nos. 12 and 13.
12 4. The Expert Report of the Hon. Lawrence J. Goffney, Jr. dated January 23, 2009
13 marked as Exhibit 12 to the Declaration of Michelle W. Yang in Support of Medtronic's Motions
14 in Limine Nos. 12 and 13.

16 **IT IS SO ORDERED.**
17 Dated: __January 5, 2010__ ~~, 2009~~
   HONORABLE MAXINE M. CHESNEY
18 JUDGE OF THE U.S. DISTRICT COURT