1  Steven D. Hemminger (CA State Bar No. 110665)
   ALSTON & BIRD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Suite 400
3  Palo Alto, California  94306-2112
   Telephone:     (650) 838-2000
4  Facsimile:     (650) 838-2001
   steve.hemminger@alston.com
5
   Michael S. Connor (admitted *pro hac vice*)
6  Lance A. Lawson (admitted *pro hac vice*)
   Brian F. McMahon (CA State Bar No. 235373)
7  Miranda M. Olvera (admitted *pro hac vice*)
   Jessica J. Sibley (admitted *pro hac vice*)
8  ALSTON & BIRD LLP
   101 South Tryon Street, Suite 4000
9  Charlotte, North Carolina  28280-4000
   Telephone:     (704) 444-1000
10 Facsimile:     (704) 444-1111
   mike.connor@alston.com
11 lance.lawson@alston.com
   brian.mcmahon@alston.com
12
   Marissa R. Ducca (admitted *pro hac vice*)
13 ALSTON & BIRD LLP
   950 F Street, N.W.
14 Washington, DC  20004-1404
   Telephone:     (202) 756-3369
15 Facsimile:     (202) 654-4982
   marissa.ducca@alston.com
16
17 Attorneys for Defendant AGA MEDICAL CORPORATION

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                  SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:07-cv-00567 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING AGA'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL AGA'S OPPOSITION TO MEDTRONIC'S MOTION *IN LIMINE* NO. 13 TO PRECLUDE AGA FROM CALLING ANY WITNESSES AT TRIAL IN SUPPORT OF ITS LACHES DEFENSE |

1  On December 2, 2009, Defendant AGA Medical Corporation ("AGA") filed AGA's
2  Opposition to Medtronic's Motion *in Limine* No. 13 to Preclude AGA from Calling Any Witnesses
3  at Trial in Support of Its Laches Defense.  AGA filed an Administrative Request to file its
4  Opposition under Seal and a supporting declaration, stating that the Opposition refers to AGA
5  confidential business information.  The confidential information cited in AGA's Opposition includes
6  the amount AGA expended on clinical trials from 2002 through 2007 and is of a highly sensitive
7  nature.  Moreover, the Court previously granted AGA's request to seal documents including this
8  information.  *See* Dkt. No. 420.  For the reasons stated in AGA's administrative request and
9  declaration, it is hereby ordered that page 9, lines 12-13 of AGA's Opposition shall be filed under
10 seal.

**IT IS SO ORDERED.**

Dated: _January 5, 2010_ ~~2009~~

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING AGA'S ADMIN REQUEST TO
FILE UNDER SEAL (LACHES MIL OPP.)
CASE NO. 3:07-cv-00567 MMC (EMC)