**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MEDTRONIC, INC., et al.,                    No. C 07-567 MMC

12              Plaintiffs,              **ORDER DENYING WITHOUT
                                         PREJUDICE REQUEST TO SET
13      v.                               HEARING ON MOTION FOR NEW TRIAL
                                         OR REMITTITUR**
14   AGA MEDICAL CORPORATION,

15              Defendant.
     _____/

16

17        Before the Court is AGA Medical Corporation's ("AGA") Notice of Recent Decision

18   and Notice Regarding Submitted Matters, filed January 28, 2010, in which AGA, <u>inter</u> <u>alia</u>,

19   requests that the Court set a hearing on AGA's motion for new trial or remittitur[1] and

20   schedule such hearing for the same date as the next case management conference.

21        The request is hereby DENIED without prejudice; the Court will set a hearing, if

22   necessary, at the case management conference.

23        **IT IS SO ORDERED.**

24

25   Dated: February 2, 2010

                                         MAXINE M. CHESNEY
26                                       United States District Judge

27

28   _____
          [1] Contrary to AGA's request, said motion is not under submission, as it has not been
     fully briefed; consequently, Civil Local Rule 7-13 is not applicable thereto.