1 | Steven D. Hemminger (Bar No. 110665)
ALSTON & BIRD LLP
2 | Two Palo Alto Square
3000 El Camino Real, Suite 400
3 | Palo Alto, CA 94306-2112
Telephone: (650) 838-2000
4 | Facsimile: (650) 838-2001
steve.hemminger@alston.com

Michael S. Connor (admitted *pro hac vice*)
Lance A. Lawson (admitted *pro hac vice*)
Brian F. McMahon (Bar No. 235373)
Miranda M. Sooter (admitted *pro hac vice*)
Jessica J. Sibley (admitted *pro hac vice*)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
mike.connor@alston.com
lance.lawson@alston.com
brian.mcmahon@alston.com
miranda.sooter@alston.com
jessica.sibley@alston.com

Attorneys for Defendant
AGA MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>        Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>        Defendant. | Case No. 3:07-cv-00567 MMC<br><br>[~~PROPOSED~~] ORDER |

The Court, having considered Brian F. McMahon's motion to withdraw as counsel for AGA Medical Corporation, finds said motion is well taken and should be GRANTED.

- 1 -

[PROPOSED] ORDER
CASE NO. C07-00567 MMC

1  IT IS THEREFORE ORDERED that Brian F. McMahon is permitted to withdraw as
2  attorney for AGA Medical Corporation in the above captioned case and shall be removed from all
3  service lists and shall no longer receive electronic notices in this case.
4
5
6  Dated: March 23, 2009                    
                                            _____
7                                           Honorable Maxine M. Chesney
                                            UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28