| | |
|---|---|
| James J. Elacqua (CSB No. 187897)<br>james.elacqua@skadden.com<br>Andrew N. Thomases (CSB No. 177339)<br>andrew.thomases@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>525 University Avenue, Suite 1100<br>Palo Alto, California  94301<br>Telephone:    (650) 470-4500<br>Facsimile:     (650) 470-4570<br><br>Noemi C. Espinosa (CSB No. 116753)<br>nicky.espinosa@dechert.com<br>Michelle W. Yang (CSB No. 215199)<br>michelle.yang@dechert.com<br>Hieu H. Phan (CSB No. 218216)<br>hieu.phan@dechert.com<br>Joshua C. Walsh-Benson (CSB No. 228983)<br>joshua.walsh-benson@dechert.com<br>DECHERT LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, California  94040-1499<br>Telephone:    (650) 813-4800<br>Facsimile:     (650) 813-4848<br><br>Attorneys for Plaintiff<br>MEDTRONIC, INC. | Steven D. Hemminger (CSB No. 110665)<br>steve.hemminger@alston.com<br>ALSTON & BIRD LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, California  94306-2112<br>Telephone:    (650) 838-2000<br>Facsimile:     (650) 838-2001<br><br>Michael S. Connor (*Pro Hac Vice*)<br>mike.connor@alston.com<br>Lance A. Lawson (*Pro Hac Vice*)<br>lance.lawson@alston.com<br>Miranda M. Sooter (*Pro Hac Vice*)<br>miranda.sooter@alston.com<br>Jessica J. Sibley (*Pro Hac Vice*)<br>jessica.sibley@alston.com<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, North Carolina  28280-4000<br>Telephone:    (704) 444-1000<br>Facsimile:     (704) 444-1111<br><br><br><br>Attorneys for Defendant<br>AGA MEDICAL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>           Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION, a Minnesota corporation,<br><br>           Defendant. | Case No. C07-00567 MMC<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE** |

ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees incurred in this litigation.

Dated: March 30, 2010

*Maxine M. Chesney*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE